# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 2:06-15139 |
| | ) ) Honorable Anna Diggs Taylor |
| v. | ) |
| IPG Photonics Corporation, a Delaware corporation, | ) Magistrate Judge Mona K. Majzoub ) ) |
| Defendant. | ) ) |
| AND RELATED COUNTERCLAIMS | ) ) ) |

## ORDER REOPENING CASE AND LIFTING STAY

The Court, having heard and considered the arguments of the parties and having considered the matter, finds that there is good cause for granting the motion to reopen this case and lift the stay, and, therefore:

IT IS ORDERED THAT:

The above-captioned case is administratively reopened and the stay granted on April 3, 2008, is lifted.

DATED: October 13, 2008              s/ Anna Diggs Taylor
                                     ANNA DIGGS TAYLOR
                                     UNITED STATES DISTRICT JUDGE

---

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on October 13, 2009.

                                     s/Johnetta M. Curry-Williams
                                     Case Manager