IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IMRA AMERICA, INC., a Michigan corporation, | ) ) ) | Case No.: 2:06-CV-15139 |
| Plaintiff/Counterdefendant, | ) ) | Judge: Hon. Anna Diggs Taylor |
| v. | ) ) ) | Magistrate: Hon. Mona K. Majzoub |
| IPG PHOTONICS CORPORATION, a Delaware corporation, | ) ) ) | |
| Defendant/Counterclaimant. | ) ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) | |

## INDEX OF EXHIBITS

## PLAINTIFF IMRA AMERICA INC.'S BRIEF ON CLAIM CONSTRUCTION

| | |
|---|---|
| Exhibit A | 5,818,630 Patent |
| Exhibit B | Joint Claim Construction Statement |
| Exhibit C | Knox Declaration |
| Exhibit D | Excerpt from Expert Report of Philip H. Bucksbaum, Ph.D. |