# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation, | ) Case No.: 2:06-cv-15139 |
| Plaintiff/Counterdefendant, | ) |
| v. | ) Judge: Hon. Anna Diggs Taylor |
| | ) Magistrate: Hon. Mona K. Majzoub |
| IPG PHOTONICS CORPORATION, a Delaware corporation, | ) |
| Defendant/Counterclaimant. | ) |
| AND RELATED COUNTERCLAIMS. | ) |

# JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Court's Amended Scheduling Order, the parties submit the Joint

Claim Construction Statement with their respective proposed claim constructions for certain

claim terms in U.S. Patent No. 5,818,630. (Exhibit A.)

Respectfully submitted by,

Dated: December 7, 2009                    DICKINSON WRIGHT, PLLC


By:    s/John A. Artz
       John A. Artz (P24679
       jaartz@dickinsonwright.com
       38525 Woodward Avenue,. Suite 2000
       Bloomfield Hills, Michigan 48304-2970
       Telephone: (248) 433-7200
       Facsimile: (248) 433-7274

Attorneys for Plaintiff
IMRA AMERICA, INC.


Dated: December 7, 2009                    KOHN & ASSOCIATES PLLC

By:    s/Barbara L. Mandell
       Barbara L. Mandell (P36437)
       bmandell@comcast.net
       Kohn & Associates, PLLC
       30500 Northwestern Highway, Suite 410
       Farmington Hills, MI 48334-3179
       Telephone: (248) 539-5050
       Facsimile: (248) 539-5055

Attorneys for Defendant
IPG PHOTONICS CORPORATION

## CERTIFICATE OF SERVICE

I certify that on December 7, 2009, I electronically filed the foregoing Joint Claim Construction Statement using the ECF system which will send notification to the attorneys of record.

_Karen Hopf_
Karen Hopf

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation, | ) Case No.: 2:06-cv-15139 )  ) |
| Plaintiff/Counterdefendant, | )  ) |
| v. | ) Judge: Hon. Anna Diggs Taylor ) Magistrate: Hon. Mona K. Majzoub |
| IPG PHOTONICS CORPORATION, a Delaware corporation, | )  ) |
| Defendant/Counterclaimant. | )  )  ) |
| AND RELATED COUNTERCLAIMS. | )  ) |

# JOINT CLAIM CONSTRUCTION STATEMENT

In accordance with the Court's Amended Scheduling Order, the parties submit the Joint

Claim Construction Statement with their respective proposed claim constructions for certain

claim terms in U.S. Patent No. 5,818,630.  (Exhibit A.)

Respectfully submitted by,

Dated:  December 7, 2009                    DICKINSON WRIGHT, PLLC


By:     s/John A. Artz
        John A. Artz (P24679
        jaartz@dickinsonwright.com
        38525 Woodward Avenue,. Suite 2000
        Bloomfield Hills, Michigan  48304-2970
        Telephone:  (248) 433-7200
        Facsimile:  (248) 433-7274

Attorneys for Plaintiff
IMRA AMERICA, INC.


Dated:  December 7, 2009                    KOHN & ASSOCIATES PLLC

By:     s/Barbara L. Mandell
        Barbara L. Mandell (P36437)
        bmandell@comcast.net
        Kohn & Associates, PLLC
        30500 Northwestern Highway, Suite 410
        Farmington Hills, MI  48334-3179
        Telephone:  (248) 539-5050
        Facsimile:  (248) 539-5055

Attorneys for Defendant
IPG PHOTONICS CORPORATION

## CERTIFICATE OF SERVICE

I certify that on December 7, 2009, I electronically filed the foregoing Joint Claim Construction Statement using the ECF system which will send notification to the attorneys of record.

_Karen Hopf_

Karen Hopf

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT
*IMRA America, Inc. v. IPG Photonics Corporation*
Case No. 2:06-15139 (E. D. Mich.)

| Claim 1 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| An optical amplification system, comprising: | | | | |
| a laser source generating an input beam having a nearly diffraction limited mode; | | | | |
| a *multi-mode fiber amplifier*; | The parties agree that the term "*multi-mode fiber amplifier*"[1] means a multi-mode fiber capable of amplifying an input beam.<br><br>The parties further agree that the term "*multi-mode fiber*"[2] means an optical fiber with a V-value greater than 2.41, where<br><br>$$V = \frac{2\pi a}{\lambda} \, NA$$<br><br>*a* is the core radius of the optical fiber, *NA* is the core numerical aperture of the fiber, and $\lambda$ is the signal wavelength of the input beam. | | | |
| a *mode converter* receiving the input beam and *converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier*, and providing a *mode-* | The term "*mode converter*" means an optical imaging system, such as a lens system, a section of tapered fiber, or a combination thereof, capable of matching the mode of a | *Intrinsic evidence:* '630 Patent<br>Abstract<br>1:43-60<br>2:1-7<br>3:9-21<br>3:34-44<br>3:45-47 | The term "*mode converter*" means an element capable of matching the mode of a multi-mode amplifier fiber. | *Intrinsic evidence:* '630 Patent, including<br>6:6-13<br>6:33-44<br>6:54-57<br>7:6-14<br>7:47-51<br>9:24-30 |

[1] This term also appears in dependent claims 10-12, 27, 28, 36, 39, 46, 47, 48, 49.
[2] This term also appears in dependent claim 31.

1

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT
*IMRA America, Inc. v. IPG Photonics Corporation*
Case No. 2:06-15139 (E. D. Mich.)

| Claim 1 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| *converted input beam* to said multi-mode fiber amplifier; and | multi-mode fiber amplifier.<br><br>The term "*converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier*" means converting the mode of the input beam to cause it to match a fundamental mode of the multi-mode fiber amplifier.<br><br>The term "*mode-converted input beam*" means an input beam whose mode has been converted to match a fundamental mode of the multi-mode fiber amplifier. | 6:6-13<br>6:54-57<br>7:47-51<br>9:24-30<br>10:1-10<br>10:19-40<br>10:49-52<br>11:39-46<br>12:20-23<br>13:11-25<br>13:52-61<br>14:18-26<br>FIGS. 1, 5, 6, 7, 9-12<br><br>'630 patent application (as filed) at 34 (IMRA000058).<br><br>Amendment dated June 1, 2009 in Reexam. Control No. 90/008,971 at 15-20, 35.<br><br>*Extrinsic evidence*:<br>Taverner at 378-9 (IPGI 009341-IPGI 009343)<br><br>Nisoli at 189 (IPGI 007918-007923)<br><br>Strasser at 348-349 | The term "*converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier*" does not need to be construed. It takes its ordinary meaning to a person of ordinary skill in the art: "converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier."<br><br>The term "*mode-converted input beam*" does not need to be construed. It takes its ordinary meaning to a person of ordinary skill in the art: "mode converted input beam" | 10:1-10<br>10:19-40<br>10:49-52<br>11:39-46<br>12:20-23<br>13:12-25<br>13:52-61<br>14:18-26<br>FIGS. 1, 5, 6, 7, 9-12<br>Abstract<br>Ex Parte Reexamination Certificate, U.S. 5,818,630 C1 at col. 1, lines 21-27<br>the prosecution history for '630 Patent and Reexamination No. 90/008,971.<br><br>*Extrinsic evidence*:<br>IMRA does not concede or agree that it is necessary or appropriate to consider extrinsic evidence in connection with interpreting this claim limitation; but extrinsic evidence that supports IMRA's proposed construction |

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT

*IMRA America, Inc. v. IPG Photonics Corporation*

Case No. 2:06-15139 (E. D. Mich.)

| Claim 1 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| | | (IPGI 009329-IPGI 009330)<br><br>Yang at 1044-45 (IMRA000178-IMRA000180)<br><br>Yang Thesis at 89-92 (IPGI007812-7815)<br><br>U.S. Patent No. 5,074,633 to Cohen at 1:50-68 (IMRA000259-64)<br><br>U.S. Patent No. 5,513,196 to Bischel at 17:4-57, 18:1-20, FIG. 8 (IPGI 009672-009691)<br><br>Declaration of Dr. Wayne Harvey Knox dated May 31, 2009, and filed in Reexam. Control No. 90/008,971 at 6-9.<br><br>Response to German Patent Office dated September 11, 2006 regarding IMRA America Patent | | upon which IMRA may rely is testimony of Dr. Wayne H. Knox. |

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT
*IMRA America, Inc. v. IPG Photonics Corporation*
Case No. 2:06-15139 (E. D. Mich.)

| Claim 1 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| | | Application DE 19828154 at 2-6. (IPGI 1401653-IPGI 1401675)<br><br>Response to German Patent Office dated March 29, 2007 regarding IMRA America Patent Application DE 19828154 at 3 (IPGI 1401653-IPGI 1401675)<br><br>U.S. Patent No. 7,113,327 to Gu at 9:34-53, FIG. 8 (IMRA007837-53)<br><br>U.S. Patent No. 7,190,511 to Galvanauskas at 3:9-16, 5:51-66, 10:5-13 (IMRA008826-40)<br><br>Expert Report of Wayne H. Knox, Ph.D. on Infringement dated November 6, 2009 at 19-24, 34-36. | | |

4

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT
*IMRA America, Inc. v. IPG Photonics Corporation*
Case No. 2:06-15139 (E. D. Mich.)

| Claim 1 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| a pump source coupled to said multi-mode fiber amplifier, said pump optically pumping said multi-mode fiber amplifier, | | IPG may rely further on a declaration of its expert Philip H. Bucksbaum. | | |
| said multi-mode fiber amplifier providing at an output thereof *an amplified beam substantially in the fundamental mode.* | The term *an amplified beam substantially in the fundamental mode* means an amplified beam having substantially all of its energy content in the fundamental mode. | *Intrinsic evidence:* '630 Patent Abstract 4:5-13 4:23-25 4:36-43 5:19-28 6:6-17 6:45-7:46 8:43-65 10:1-18 13:12-25 14:27-33 FIGS. 1-4  *Extrinsic evidence:* Expert Report of Wayne H. Knox, Ph.D. on Infringement dated November 6, 2009 at 24-27, 36-38, 45-46. | The term *an amplified beam substantially in the fundamental mode* does not need to be construed. It takes its ordinary meaning to a person of ordinary skill in the art: "an amplified beam substantially in the fundamental mode." | *Intrinsic evidence:* '630 Patent including: 5:19-28 6:6-17 6:45-7:46 7: 6-14 8:43-65 10:1-18 13:12-25 14:27-33 16:18-25 FIGS. 1-4 Abstract the prosecution history for '630 Patent and Reexamination No. 90/008,971.  *Extrinsic evidence:* IMRA does not concede or agree that it is |

5

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT

*IMRA America, Inc. v. IPG Photonics Corporation*

Case No. 2:06-15139 (E. D. Mich.)

| Claim 1 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| | | Rebuttal Expert Report of Wayne H. Knox, Ph.D. on Invalidity dated January 25, 2008 at 40-44.<br><br>IPG may rely further on a declaration of its expert Philip H. Bucksbaum. | | necessary or appropriate to consider extrinsic evidence in connection with interpreting this claim limitation; but extrinsic evidence that supports IMRA's proposed construction upon which IMRA may rely is testimony of Dr. Wayne H. Knox. *See also* Expert Report of Philip H. Bucksbaum on invalidity dated December 21, 2007 at 11-13. |

6

EXHIBIT A TO JOINT CLAIM CONSTRUCTION STATEMENT
*IMRA America, Inc. v. IPG Photonics Corporation*
Case No. 2:06-15139 (E. D. Mich.)

| Claim 24 | IPG's Proposed Construction | IPG's Supporting Evidence | IMRA's Proposed Construction | IMRA's Supporting Evidence |
|---|---|---|---|---|
| The optical amplification system according to claim 1, further comprising a *mode filter* receiving the amplified beam and providing a *mode-filtered beam.* | The parties agree that the term "*mode filter*[3]" means a device that removes energy from one or more modes of a beam. | | | |
| | The parties agree that the term "*mode-filtered beam*" means a beam that has had energy removed from one or more of its modes by a mode filter. | | | |

[3] This term also appears in dependent claim 25.

7