# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation, | Case No. :  2:06-cv-15139 |
| Plaintiff, | Judge: Hon. Anna Diggs Taylor |
| v. | Magistrate: Hon. Mona K. Majzoub |
| IPG PHOTONICS CORPORATION, a Delaware corporation | |
| Defendant. | |

Edward H. Pappas (P23224)
epappas@dickinsonwright.com
John A. Artz (P24679)
jaartz@dickinsonwright.com
Dickinson Wright PLLC
38525 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304-2970
Telephone:  (248) 433-7200
Facsimile:  (248) 433-7274

Robert G. Krupka
bob.krupka@kirkland.com
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017-5800
Telephone:  213-680-8400
Facsimile:  213-680-8500

Craig S. Summers
craig.summers@kmob.com
Amy C. Chun
amy.chun@kmob.com
Knobbe, Martens. Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502

Attorneys for Plaintiff
IMRA AMERICA, INC.

Barbara L. Mandell (P36437)
bmandell@comcast.net
Kohn & Associates, PLLC
30500 Northwestern Highway, Suite 410
Farmington Hills, MI 48334-3179
Telephone:  (248) 539-5050
Facsimile:  (248) 539-5055

Kurt L. Glitzenstein
glitzenstein@fr.com
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
Telephone: 617-542-5070
Facsimile: 617-542-8906

Attorneys for Defendant
IPG PHOTONICS CORPORATION

## DECLARATION OF DR. WAYNE H. KNOX IN SUPPORT OF IMRA AMERICA'S BRIEF ON CLAIM CONSTRUCTION

I, Wayne H. Knox, hereby declare as follows:

1.    I am the Director of The Institute of Optics at the University of Rochester, where I am also a Professor of Optics and Professor of Physics.  I submit this declaration on behalf of Plaintiff/Counterdefendant IMRA America, Inc. ("IMRA") in the above-referenced action. Unless otherwise stated, the facts set forth in this declaration are true of my own personal knowledge, and, if called upon to do so, I could and would testify competently to them.

2.    I attended The Institute of Optics, University of Rochester in Rochester, New York, from which I received a B.S. degree in 1979 and a Ph.D. degree in 1984.

3.    Beginning in 1984, I was employed as a Postdoctoral Fellow at Bell Labs in Holmdel, New Jersey.  In 1985, I was promoted to Member of Technical Staff.  In 1990, I was promoted to Distinguished Member of Technical Staff.  In 1997, I was promoted to Director of the Advanced Photonics Research Department, where I was responsible for forward-looking research in a number of areas related to advanced technologies in telecommunications in long-haul, access and Metro networks.  In 2001, I returned to The Institute of Optics in the position of Director and Professor of Optics.

4.    I have chaired many national and international scientific meetings, including the Ultrafast Phenomena Meeting, CLEO, OSA Annual Meeting, Ultrafast Electronics and Optoelectronics, and the Quantum Optoelectronics Topical Meeting.  I am a Fellow of the Optical Society of America and a Fellow and Life Member of the American Physical Society.  In 1990, I received the W. O. Baker Award for Initiatives in Research from the National Academy of Sciences, and in 1999 I received the Richtmyer Award from the American Association of Physics Teachers.

5.    I have authored over 140 publications and have forty or more patents granted or pending.  A list of my publications is included with my curriculum vitae, a copy of which is attached hereto as Exhibit A.

6.     I have reviewed U.S. Patent No. 5,818,630 ("the '630 patent") and its related prosecution history. I have been asked to provide an opinion as to how one of ordinary skill in the art at the time the '630 patent was filed would interpret certain language from the claims of that patent. At the time the patent application was filed in June 1997, I would have considered myself to have had at least ordinary skill in the art pertaining to the '630 patent. Specifically, I have been asked to opine on the meanings of the following four claim terms from Claim 1:

- "mode converter,"
- "converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier,"
- "mode-converted input beam," and
- "an amplified beam substantially in the fundamental mode."

A.     **"Mode Converter"**

7.     I understand that IMRA has proposed that "mode converter" be construed as "an element capable of matching the mode of a multi-mode amplifier fiber." This proposed construction is consistent with how a person of ordinary skill in the art, having read the patent, would have interpreted that term in Claim 1 at the time the patent application was filed in June 1997. It is readily apparent to a person of ordinary skill in the art that the '630 patent describes the recited mode converter broadly as any element that is capable of matching the mode of a multi-mode amplifier fiber. See, for example, Figure 5 and the associated discussion at column 10.

8.     I further understand that IPG has proposed that "mode converter" be construed as "an optical imaging system, such as a lens system, a section of tapered fiber, or a combination thereof, capable of matching the mode of the multi-mode fiber amplifier." IPG's proposed construction is narrower than the definition a person of ordinary skill in the art would have given that term at the time the patent application was filed in June 1997. IPG's construction, for

example, requires a "mode converter" to be "an optical imaging system." A person of ordinary skill in the art reading the '630 patent at that time it was filed would not interpret "mode converter" that narrowly.

9.     IPG's proposed construction expands on "an optical imaging system" as follows: "such as a lens system, a section of tapered fiber, or a combination thereof." While I agree that the recited "mode converter" can consist of one or more of the elements listed in IPG's proposed construction, IPG's construction is improper to the extent that it is viewed as limiting, rather than as merely exemplary. Indeed, the '630 patent at column 10 expressly cites such elements as *examples* of mode converters.

**B.     "Converting the Mode of the Input Beam to Match a Fundamental Mode of the Multi-Mode Fiber Amplifier"**

10.    I understand that IMRA has proposed that "converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier" in Claim 1 of the '630 patent does not need to be construed because it should be interpreted to have its plain and ordinary meaning to a person of ordinary skill in the art. I agree that a person of ordinary skill in the art, having read the patent, would have interpreted that claim term to have its plain and ordinary meaning at the time the patent application was filed in June 1997.

11.    I understand that IPG has proposed that "converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier" in Claim 1 of the '630 patent be construed as "converting the mode of the input beam to cause it to match the fundamental mode of the multi-mode fiber amplifier." I disagree that a person of ordinary skill in the art would interpret this term as IPG has proposed. IPG's proposed construction adds unnecessary words (the verb phrase "to cause it") that changes the meaning from the plain and ordinary language recited in the claim itself.

C.    **"Mode-Converted Input Beam"**

12.    I understand that IMRA has proposed that "mode-converted input beam" in Claim 1 of the '630 patent does not need to be construed because it should be interpreted to have its plain and ordinary meaning to a person of ordinary skill in the art. I agree that a person of ordinary skill in the art, having read the patent, would have interpreted that claim term to have its plain and ordinary meaning at the time the patent application was filed in June 1997.

13.    I understand that IPG has proposed that "mode-converted input beam" in Claim 1 of the '630 patent be construed as "an input beam whose mode has been converted to match a fundamental mode of the multi-mode fiber amplifier." I disagree that a person of ordinary skill in the art would interpret this claim term as IPG has proposed. IPG's proposed construction rewords the claim language and adds unnecessary words that changes the meaning from the language recited in the claim itself.

D.    **"An Amplified Beam Substantially in the Fundamental Mode"**

14.    I understand that IMRA has proposed that "an amplified beam substantially in the fundamental mode" in Claim 1 of the '630 patent does not need to be construed because it should be interpreted to have its plain and ordinary meaning to a person of ordinary skill in the art. I agree that a person of ordinary skill in the art, having read the patent, would have interpreted that claim term to have its plain and ordinary meaning at the time the patent application was filed in June 1997.

15.    I understand that IPG has proposed that "an amplified beam substantially in the fundamental mode" in Claim 1 of the '630 patent means "an amplified beam having substantially all of its energy content in the fundamental mode." I disagree that a person of ordinary skill in the art would interpret this claim term as IPG has proposed. IPG's proposed construction rewords the claim language and adds unnecessary words that change the meaning from the

language recited in the claim itself.    For example, IPG's definition changes the qualifier "substantially" to the more demanding "substantially all."

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I executed this declaration on December 8, 2009, at Rochester, New York.

_____
Wayne H. Knox

# EXHIBIT A

# Wayne H. Knox



**Professor of Optics and Physics**

**Director of The Institute of Optics – Wilmot 113**

**University of Rochester**

**Rochester, NY 14627**

**585-273-5520**

**585-273-1072 (fax)**

**wknox@optics.rochester.edu**

**Link to Faculty and WHK Consulting web pages: www.whknox.com**

update 11/06/09

*Wayne H. Knox obtained BS (1979) and PhD degrees (1984) at The Institute of Optics, University of Rochester in Rochester, NY. He went to Bell Labs in Holmdel NJ in 1984 and worked as a Postdoctoral Fellow, was promoted to Member of Technical Staff in 1985 and to Distinguished Member of Technical Staff in 1990. In 1997, he was promoted to Director of the Advanced Photonics Research Department where he was responsible for forward-looking research in a number of areas related to advanced technologies in telecommunications in long-haul, access and Metro networks. He is a Fellow of the Optical Society of America and a Fellow and Life member of the American Physical Society, in 1990 won the National Academy of Sciences W.O. Baker Award for Initiatives in Research. In 1999 he won the Richtmyer Award for Physics teaching from the American Association of Physics Teachers. He has authored over 119 publications and has 39 more patents granted, and has chaired many international professional society meetings such as Ultrafast Phenomena, CLEO, Quantum Optoelectronics, Ultrafast Electronics and Optoelectronics, the OSA Annual Meeting, and Nonlinear Optics. He has served on OSA and APS Fellows committees, and was Chair of the 2002 Tyndall Award Committee. In April 2001 he returned to The Institute of Optics as Director and Professor of Optics where he currently carries out a research program in ultrafast telecommunications and biomedical optics. He was elected to a 2002-2005 term as Director-at-large on the OSA Board of Directors, and served on the Finance Committee. He served on the Scientific Advisory Board of Ardesta and The Science Foundation of Ireland and the Technical Advisory Board for Translume, Inc. He was appointed to the Board of Directors of the Rochester Regional Photonics Cluster in 2002. In 2004, he was awarded the University of Rochester's Robert B. Goergen Award for Excellence in Undergraduate Teaching Artistry. He has served as expert witness in two cases.*

Wayne H. Knox

**Education**

Ph.D. Institute of Optics, University of Rochester, 1984

B.S. Institute of Optics, University of Rochester, 1979

**Experience**

April 2001 – Present : Professor of Optics and Director of The Institute of Optics – University of Rochester, Rochester, NY. Research in ultrafast telecommunications systems and components and ultrafast Biomedical Optics.  Teaching : "Optics 101 – Optics in the information Age"

---

### Consulting business : WHK Consulting

Scientific Advisory Board, Translume, Inc., March 2002

Scientific Advisory Board of Science Foundation of Ireland, May 2002

Consultant to technical recruiting firm 2003- present

Consultant on SBIR Phase II in area of solid state ultrafast lasers and amplifiers, 2004

Consultant to company involving femtosecond material processing patents 2004

Technical advisor to FirstWave Technologies – optics business development

Technical advisor to laser energy company 2007-present

Technical advisor to legal firm in technology acquisition 2006

Expert Witness in case Shum-v-Intel for Shum

Expert Witness in case IMRA-v-IPG Photonics for IMRA

---

Elected to Board of Directors, Optical Society of America 2001-2004, Finance Committee

Board of Directors, Rochester Regional Photonics Cluster, Sept. 2002 - present

1997-April 2001 : **Director of Advanced Photonics Research Department**, Bell Labs Lucent Technologies in Holmdel, NJ. In this position, I managed a department of 20 people (mostly in Holmdel, some in Murray Hill location) with annual discretionary budget of $1.5 M in a wide

Wayne H. Knox

range of projects from fundamental semiconductor physics and nonlinear optics to WDM (wavelength division multiplexing) systems work. I was responsible for hiring a number of top students, annual performance appraisals of employees, optimizing use of space, and managing special projects funded by business units at up to $1.1M. Some of the department research programs and technology areas that I managed are: ultrafast technology for UDWDM transmission systems up to 1022 wavelength channels, ultrabroadband WDM pulse sources, WDM interconnects, and ultrahigh speed optoelectronic measurement systems, modelocked fiber soliton lasers, ultrabroadband high power fiber amplifiers, high power diode-pumped solid state modelocked lasers, VCSELs and VCSEL arrays for high density flip-chip bonding to Optoelectronic VLSI for terabit interconnects, 1 and 10 GbE and other applications, MEMS (Micro-electro-mechanical systems) of various varieties principally for wavelength-selective subsystems such as equalizers, add/drop, gain slope compensators, attenuators, etc. These projects resulted in prototype deliveries to Lucent BU customers. Semiconductor growth techniques such as MBE (Molecular Beam Epitaxy), (MOCVD) Metallorganic Chemical Vapor Deposition for VCSELs, modulators, saturable Bragg reflectors, etc. Fiber-wireless advanced systems research and fiber switches.

Research in my Bell Labs department resulted in a number of new activities ranging from creation of new research departments to new business ventures, and several promotions of my people.

**Management training**

I completed the Executive LEAD Leadership program administered by Manchester Consulting for Lucent Technologies Management including 360 feedback and Briggs-Myers profiling.

**1993-1997:**      **Distinguished Member of Technical Staff,** Advanced Photonics Research Department, Lucent Technologies, Holmdel, NJ

**1985-1993:**      **Member of Technical Staff,** Optical Physics Research Department, AT&T, Bell Laboratories, Holmdel, NJ

Wayne H. Knox

| | |
|---|---|
| **1984-1985:** | **Postdoctoral Member of Technical Staff,** Optical Physics Research Department, AT&T, Bell Laboratories, Holmdel, NJ |
| **4/76-12/83:** | **Research Assistant,** Laboratory for Laser Energetics |
| | **Teaching Assistant,** Lasers Lab course and Statistical Optics course (Univ. of Rochester) |
| **1/80-1/82:** | **Research Assistant,** Xerox Webster Research Lab (1 Day per week) |
| **6/81-7/81:** | **Visiting Staff Member,** ENSTA Laboratoire d'Optique Appliquee, Plaiseau, France |
| **5/80-6/80:** | **Visiting Staff Member,** Los Alamos National Laboratory P-Division |

## Conference Organizing Activities

**Ultrafast Electronics and Optoelectronics,** 2001 General Chair

**Optical Society of America Annual Meeting,** 2000 Co-Chair.

**Nonlinear Optics,** 2000 General Co-Chair

**Gordon Conference on Nonlinear Optics Advisory Committee** 1995, 1997, 1999

**Ultrafast Phenomena meeting Steering Committee,** 1998-present.

**Conference on Lasers and Electro-Optics,** 1999 General Chair.

**Ultrafast Electronics and Optoelectronics,** 1999 Program Chair.

**Conference on Lasers and Electro-Optics,** 1997 Program Co-Chair.

**Quantum Optoelectronics,** 1997 Conference General Co-Chair.

**Ultrafast Phenomena,** 1996 Conference General Co-Chair.

**International Quantum Electronics Conference Ultrafast,** 1996 Subcommittee Member

**Nonlinear Optics,** 1996 Program Committee Member

**Quantum Optoelectronics Conference,** 1995 Program Co-Chair

**Conference on Lasers and Electro-Optics Pacific Rim Ultrafast,** 1995 Subcommittee Co-Chair

**Ultrafast Phenomena Conference,** 1994 Program Co-Chair

Wayne H. Knox

**CLEO Ultrafast Optics and Optoelectronics,** 1993 Subcommittee Chair

**Gordon Conference on Nonlinear Optics,** 1993 Co-Chair

**CLEO Ultrafast Optics and Optoelectronics,** 1992 Subcommittee Chair

**IQEC Ultrafast Phenomena,** 1992 Subcommittee Member

**CLEO Ultrafast Optics and Optoelectronics,** 1991 Subcommittee Member

**Ultrafast Phenomena Conference,** 1990 Committee Member

## Honors and Fellowships

| | |
|---|---|
| **2004** | University of Rochester Robert B. Georgen Undergraduate Teaching Award |
| **1999** | AAPT Richtmyer Award |
| **1997-'98** | IEEE LEOS Distinguished Lecturer |
| **1996** | Fellow of the American Physical Society |
| **1993** | Fellow of the Optical Society of America |
| **1990** | National Academy of Sciences William O. Baker Award for Initiatives in Research |
| **1987** | Citation Classic paper on optical pulse compression to 8 fs |
| **1983** | IBM Fellowship |
| **1980-'82** | LLE Fellowship |
| **1979** | Elected to Tau Beta Pi, Charles L. Newton Prize for Applied Science |

## Professional Affiliations

**American Physical Society (Fellow, Life Member)**

**Optical Society of America (Fellow)**

**SPIE (member)**

Wayne H. Knox

**Intellectual Property Management**

   I have extensive experience with intellectual property generation, IP licensing, nondisclosure, and technology transfer arrangements.  One of my patents ('854) has been successfully commercialized under license to Lucent Technologies by a number of large laser companies, and I have been involved in every phase from the original invention to reduction to practice, prototyping, finding customers and negotiating license terms.

## Patents Granted

*38. "Performance monitoring in an optical communication system,"* US Patent 7,460,785, M. Dinu, H. Garcia, D. Kilper, W.H. Knox, H. Stuart and C. Xu.

*37. "Method for production of low noise continuum and fiber device for production of low noise continuum,"* US Patent 7403688,  W.H. Knox and F. Lu.

*36. "Dynamic measurement of and compensation for impairments to optical data communication pulses using photon-counting silicon avalanche photodiode"* US Patent 7,024,111 W.H. Knox, J. Roth and C. Xu

*35. "Fiber device with high nonlinearity, dispersion control and gain",* US Patent 7,024,078, W.H. Knox

*34. "Optical network using remote optical powering of optoelectronic switch"* US patent 6,567,195, Ford; Joseph Earl; Knox; Wayne Harvey; Krishnamoorthy; Ashok V.; Nuss; Martin C., *2003*

*33. "Ultra-fast probe"* US Patent 6,400,165, W.H. Knox and C. Xu, 2002

*32. "Automatic level control circuit for optical system"*  US Patent 6,392,769, J.E. Ford and W.H. Knox, 2002

31. *"Article comprising a broad band optical amplifier"* US Patent 6,388,803, W.H. Knox, 2002

30. *"Saturable Bragg reflectors for use in mode-locking lasers"* US Patent 6,259,719, J. E. Cunningham and W.H. Knox, 2002.

29. *"Optical wavelength-space cross-connect switch architecture"* US Patent 6,192,172, M.T. Fatehi and W.H. Knox, 2001.

28. *"Wavelength division multiplexing for unbundling downstream fiber-to-the-home"* US Patent 6,151,144, W.H. Knox, 2000.

27. *"Upgrading a power-splitting passive optical network using optical filtering"* US Patent 6,144,472, W.H. Knox, 2000.

26. *"Modelocking laser including self-tuning intensity-dependent reflector for self-starting and stable operation"* US Patent 6,141,359, J.E. Cunningham and W.H. Knox, 2000.

25. *"High capacity chirped-pulse wavelength-division multiplexed communication method and apparatus"* US Patent 6,141,127, L. Boivin, W.H. Knox; M.C. Nuss, J.B. Stark, 2000.

24. *"Fiber optic network using space and wavelength multiplexed data channel arrays"* US Patent 6,097,519 J.E. Ford, W.H. Knox, A.V. Krishnamoorthy, D.A.B. Miller, M.C. Nuss, 2000.

23. *"Wavelength-selective optical cross-connect"* US Patent 6,067,389, M.T. Fatehi and W.H. Knox, 2000.

22. *"Fiber optic network using space and wavelength multiplexed data channel arrays"* US Patent 6,023,361, J.E. Ford. W.H. Knox, A.V.Krishnamoorthy, D.A.B. Miller, M.C. Nuss, 2000.

21. *"Optical protection switching system"* US Patent 6,016,219, M.T. Fatehi and W.H. Knox, 2000.

20. *"Optical modulator providing independent control of attenuation and spectral tilt"* US Patent 6,002,513, K.T. Goossen and W.H. Knox 1999.

19. *"Loss-less optical cross-connect"* US Patent 5,959,767, M.T. Fatehi and W.H. Knox, 1999.

18. *"Optical switched selector"* US Patent 5,930,013, M.T. Fatehi and W.H. Knox, 1999.

17. *"Fiber Optic Network Using Space and Wavelength Multiplexed Data Channel Arrays"*, U.S. Patent 5,912,751 J.E. Ford, W.H. Knox, A.V. Krishnamoorthy, D.A.B. Miller, M.C. Nuss (2000)

16. *"Optical Protection Switching System"*, U.S. Patent 5,889,610, M.T. Fatehi and W.H. Knox, (2000)

15. *"Optical Switch Distributor"*, U.S. Patent 5,815,613, M.T. Fatehi, W.H. Knox (1998)

Wayne H. Knox

*14. "Passive Optical Telecommunication System Employing Multiple Wavelength source and Plural Power Splitting Stages", 5,912,749,* E.E. Harstead, W.H. Knox, M.C. Nuss and J.B. Stark, (1999)

*13. "Saturable Bragg Reflector Structure and Process for Fabricating the Same",* US Patent 5,701,327, J.E. Cunningham, W.Y. Jan, W.H. Knox, and S. Tsuda (1997)

*12. "Chirped-Pulse Multiple Wavelength Communications System",* U.S. Patent 5,631,758, W.H. Knox and M.C. Nuss, (1997)

*11. "Apparatus and Method for Improving Signal To Noise Ratio In Wavelength Division Multiplexing soliton Transmission systems",* U.S. Patent 5,726,787,  H.A. Haus, W.H. Knox, D.A.B. Miller, (1998)

*10. "Saturable Bragg Reflector",* U.S. Patent 5,627,854, W.H. Knox, (1997)

*9. "Synchronization of Digital Systems Using Optical Pulses and Optical Modulators",* U.S. Patent 5,822,106 W.H. Knox and D.A.B. Miller, (1998)

*8. "High-Density Optical Wavelength Division Multiplexing",* U.S. Patent 5,526,155, W.H. Knox, D.A.B. Miller, M.C. Nuss, (1996)

*7. "Suppressed photocurrent quantum well optical modulation device",* U.S. Patent 5,436,756, W.H. Knox, J.B. Stark, B. Tell and T.K. Woodward, (1995)

*6. "Free standing quantum well structure",* U.S. patent 5,383,212, W.H. Knox, S.C. Shunk, M.D. Williams and J.E. Zucker, (1995)

*5. "Ultrashort optical signals generation",* U.S. Patent 5,265,109,  W.H. Knox, (1993)

*4. "Nonlinear external cavity modelocked laser",* U.S. Patent 5,007,059, U. Keller and W.H. Knox, (1991)

*3. "Optical processing using a multilayer heterostructure",* U.S. Patent 5,004,325,  A.M. Glass, W.H. Knox and D.D. Nolte, (1991)

*2. "Electro-optic apparatus for the measurement of ultrashort electrical signals",* U.S. Patent 4,978,901,  W.H. Knox and D.A.B. Miller, (1990)

*1. "Sweep drive circuit for a streak camera",* US Patent 4,413,178, G.A. Mourou and W.H. Knox (1983)

Wayne H. Knox

**Publications in refereed journals**

129. Li Ding, Dharmendra Jani, Jeffrey Linhardt, Jay F. Künzler, Siddhesh Pawar, Glen Labenski, Thomas Smith, Wayne H. Knox, "Optimization of femtosecond laser micromachining in hydrogel polymers", JOSA B, Vol. 26, Issue 9, pp. 1679-1687 (2009).

128. Lana J. Nagy, Li Ding, Lisen Xu, Wayne H. Knox, Krystel R. Huxlin, "Enhancement of femtosecond laser intratissue refractive index shaping (IRIS) in the living cornea with sodium fluorescein", accepted in Investigative Ophthalmology & Visual Science (IOVS), April 2009

127. "Fabrication and Characterization of Fused Microfiber Resonators", Parama Pal and Wayne H. Knox, Photonics Technology Letters, vol. 21 issue 12, Page(s): 766-768 (2009).

126. Li Ding, Luiz Gustavo Cancado, Lukas Novotny, Wayne H Knox, Neil Anderson, Dharmendra Jani, Jeffrey Linhardt, Richard I Blackwell, Jay F Kunzler, "Micro-Raman spectroscopy of refractive index microstructures in silicone-based hydrogel polymers created by high-repetition-rate femtosecond laser micromachining," , JOSA B, Vol. 26 Issue 4, pp.595-602 (2009)

125. Parama Pal, Wayne H Knox, "Low loss fusion splicing of micron scale silica fibers", Optics Express, Vol. 16 Issue 15, pp.11568-11573 (2008).

124. Li Ding, Dharmendra Jani, Jeffrey Linhardt, Jay Kunzler, Siddhesh F Pawar, Glen Labenski, Thomas Smith, Wayne H. Knox, "Large enhancement of femtosecond laser micromachining speed in dye-doped hydrogel polymers", Optics Express, Vol. 16 Issue 26, pp.21914-21921 (2008).

123. Li Ding, Wayne H. Knox, Jens Buehren, Lana J Nagy, and Krystel R. Huxlin, "Intra-tissue Refractive Index Shaping (IRIS) of the cornea and lens using a low-pulse-energy femtosecond laser oscillator", Invest. Ophthalmol. Vis. Sci. doi:10.1167/iovs.08-1921 (July 18, 2008)

122. Li Ding, Richard I. Blackwell, Jay F. Kunzler, and Wayne H. Knox, "Femtosecond laser micromachining of waveguides in silicone-based hydrogel polymers," Applied Optics, Vol. 47, Issue 17, pp. 3100-3108 (May 2008) http://www.opticsinfobase.org/abstract.cfm?URI=ao-47-17-3100

121. Parama Pal and Wayne H. Knox, "End-sealing short dispersion micromanaged tapered holey fibers by hole-collapsing," Optics Express, Vol. 15, Issue 21, pp. 13531-13538 (October 2007) http://www.opticsinfobase.org/abstract.cfm?id=142522

120. Parama Pal, Wayne H. Knox, Ingmar Hartl, and Martin E. Fermann,"Self referenced Yb-fiber-laser frequency comb using a dispersion micromanaged tapered holey fiber", Optics Express, Vol. 15, Issue 19, pp. 12161-12166 (September 2007) http://www.opticsinfobase.org/abstract.cfm?id=141277

119. Li Ding, Richard Blackwell, Jay F. Kunzler, and Wayne H. Knox, "Large refractive index change in silicone-based and non-silicone-based hydrogel polymers induced by femtosecond laser micro-machining", **Optics Express**, Vol. 14, Issue 24, pp. 11901-11909 (Nov. 2006)

118. Fei Lu, Wayne H. Knox, "Generation, characterization, and application of broadband coherent femtosecond visible pulses in dispersion micromanaged holey fibers," **JOSA B** 23 (6): 1221-1227 June 2006

117. Fei Lu, Wayne Knox, "Low noise wavelength conversion of femtosecond pulses with dispersion micro-managed holey fibers," **Optics Express**, Vol. 13, Issue 20, pp. 8172-8178, (October 2005) http://www.opticsinfobase.org/abstract.cfm?URI=oe-13-20-8172

116. Yujun Deng, Fei Lu, Wayne H. Knox, "Fiber-laser-based difference frequency generation scheme for carrier-envelope-offset phase stabilization applications", **Optics Express**, Vol. 13 Issue 12 Page 4589 (June 2005) http://www.opticsinfobase.org/abstract.cfm?id=84336

115. Yujun Deng, Qiang Lin, Fei Lu, Govind P. Agrawal, Wayne H. Knox , "Broadly tunable femtosecond parametric oscillator using a photonic crystal fiber", **Optics Letters**, Vol. 30 Issue 10 Page 1234 (May 2005)

114. Fei Lu, Yujun Deng, Wayne H. Knox, "Generation of broadband femtosecond visible pulses in dispersion-micromanaged holey fibers", **Optics Letters,** Vol. 30 Issue 12 Page 1566 (June 2005)

113. F. Lu, Q. Lin, Wayne H. Knox, and Govind P. Agrawal "Vector Soliton Fission", **Phys. Rev. Lett**. 93, 183901 (2004)

112. Yujun Deng, Wayne H. Knox, "Self-starting passive harmonic mode-locked femtosecond Yb3+-doped fiber laser at 1030 nm", **Optics Letters**, Vol. 29 Issue 18 Page 2121 (September 2004)

111. Fei Lu, Wayne H. Knox, "Generation of a broadband continuum with high spectral coherence in tapered single-mode optical fibers", **Optics Express**, Volume 12, Issue 2, 347-353, January 2004

110. R. P. Prasankumar, Y. Hirakawa, A. M. Kowalevicz Jr., F. X. Kaertner, J. G. Fujimoto, and W. H. Knox, "An extended cavity femtosecond Cr:LiSAF laser pumped by low cost diode lasers," **Opt. Express** 11, 1265-1269 (2003), http://www.opticsexpress.org/abstract.cfm?URI=OPEX-11-11-1265

109. Lagatsky AA, Leburn CG, Brown CTA, Sibbett W, Knox WH. "Compact self-starting femtosecond Cr4+:YAG laser diode pumped by a Yb-fiber laser, **Optics Communications**, vol.217, no.1-6, 1 March 2003, pp.363-7. Publisher: Elsevier, Netherlands.

108. Qinghao Ye, Xu C, Xiang Liu, Knox WH, Yan MF, Windeler RS, Eggleton B. Dispersion measurement of tapered air-silica microstructure fiber by white-light interferometry, **Applied Optics**, vol.41, no.22, 1 Aug. 2002, pp.4467-70. Publisher: Opt. Soc. America, USA.

107. Roth, J.A.; Dreyer, K.; Knox, W.H.; Bergman, K , "Actively mode-locked 1.5 microns 10-GHz picosecond fiber laser using a monolithic semiconductor optical amplifier/electroabsorption modulator" , **IEEE Photonics Technology Letters**, Volume: 14, Issue: 7, Jul 2002, Page(s): 917 –919

106. White, S.J.; Hopkins, J.-M.; Knox, W.H.; Miller, A. "Dual-wavelength, self-starting saturable Bragg reflector mode-locked Ti:sapphire laser" , **Quantum Electronics, IEEE Journal of,** Volume: 38 Issue: 3 , March 2002, Page(s): 246 –251.

105. W.H. Knox,  "Starting (and Managing) a Career in a Volatile Market" **Optics and Photonics News**, February 2002 Page: 17.

Wayne H. Knox

104. Xu, C.; Roth, J.M.; Knox, W.H.; Bergman, K , "Ultra-sensitive autocorrelation of 1.5 micron light with single photon counting silicon avalanche photodiode", **Electronics Letters** , Volume: 38 Issue: 2 , 17 Jan. 2002 Page(s): 86 –88

103. Roth, J.M.; Bonadeo, N.H.; Bergman, K.; Knox, W.H., *"Polarisation-maintaining, harmonically modelocked soliton fibre laser with repetition rate stabilisation using optical pumping of saturable Bragg reflector"*, **Electronics Letters** , Volume: 38 Issue: 1 , 3 Jan. 2002, Page(s): 16 –17

102. White, S.J.; Hopkins, J.-M.; Knox, W.H.; Miller, A., *"Dual-wavelength, self-starting saturable Bragg reflector mode-locked Ti:sapphire laser"*, **Quantum Electronics, IEEE Journal of** , Volume: 38 Issue: 3 , March 2002 Page(s): 246 -251

101. X. Liu, C. Xu, W. H. Knox, J. K. Chandalia, B. J. Eggleton, S. G. Kosinski, R. S. Windeler, *"Soliton self-frequency shift in a short tapered air silica microstructure fiber"*, **Optics Letters**, Volume 26, Issue 6, 358-360 March 2001

100. N. H. Bonadeo, W. H. Knox, Jeffrey M. Roth, K. Bergman, *"Passive harmonic mode-locked soliton fiber laser stabilized by an optically pumped saturable Bragg reflector"*, **Optics Letters**, Volume 25, Issue 19, 1421-1423 October 2000.

99. B.C. Collings, M.L. Mitchell, L. Boivin, W.H. Knox, *"A 1021 Channel WDM System"*, **Optics and Photonics News,** <u>11</u>, 31 (2000).

98. C. Xu, L.M.F. Chirovsky, W.S. Hobson, J. Lopata, W.H. Knox, J.E. Cunningham, W.Y. Jan, L.A. D'Asaro, *"Two-Photon Photocurrent imaging of VCSELs"*, **Applied Physics Letters,** <u>76</u>, 1510 (2000).

Wayne H. Knox

97. B.C. Collings, W.H. Knox, S.T. Cundiff, N. Akhmediev, J. Soto-Crespo, K. Bergman, *"Polarization-Locked Temporal Vector Solitons in a Fiber Laser: Experiment"*, **Journal of Optical Society of America: B17,** 354 (2000).

96. J.M. Soto-Crespo, N.M. Akhmediev, B.C. Collings, S.T. Cundiff, K. Bergman, W.H. Knox, *""Polarization-Locked Temporal Vector Solitons in a Fiber Laser: Theory"*, **Journal of Optical Society of America: B17,** 366 (2000).

95. S.T. Cundiff, B.C. Collings, L. Boivin, M.C. Nuss, K. Bergman, W.H. Knox, S. Evangelides, *"Propagation of Highly Chirped Pulses in Fiber Optic Communications Systems"*, **Journal of Lightwave Technology** 17, 811 (1999).

94. L. Boivin, M. Wegmuller, M.C. Nuss and W.H. Knox, *"110 Channels x 2.35 Gb/s from a Single Femtosecond Laser"*, **IEEE Photonics Technology Letters** 11, 466 (1999).

93. Leitenstorfer, S. Hunsche, J. Shah, M.C. Nuss, and W.H. Knox, *"Detectors and sources for Ultrabroadband Electroptic Sampling: Experiment and Theory"*, Applied Physics Letters, 74, 1516 (1999).

92. M. Koch, S.T. Cundiff, W.H. Knox, J. Shah, W. Stoltz, *"Magnetoexciton quantum beats : influence of Coulomb correlations"*, **Solid State Communications**, 111, 553 (1999).

91. S.T. Cundiff, B.C. Collings, N. Akhmediev, J. Soto-Crespo, K. Bergman, W.H. Knox, *"Observation of Polarization Locked Temporal Vector Solitons in a Fiber Laser"*, Physical Review Letters, 82, 3988 (1999).

90. A. Leitenstorfer, S. Hunsche, J. Shah, M.C. Nuss, W.H. Knox, *"Femtosecond charge Transport in polar semiconductors"*, **Physical Review Letters** 82, 5140 (1999).

89. S.T. Cundiff, M. Koch, J. Shah, W.H. Knox, W. Stoltz, *"Coherent Excitation of Magnetoexciton Wavepackets"*, **Physica Status Solidi : B206**, 77 (1998).

88. J.N. Kutz, B.C. Collings, K. Bergman, W.H. Knox, *"Stabilized Pulse Spacing in Soliton Lasers due to Gain Depletion and Recovery"*, **IEEE Journal of Quantum Electronics** 34, 1749 (1998).

87. K.W. Goossen, W.H. Knox, J.A. Walker and J.E. Ford, *"Optical modulator with independent control of attenuation and spectral tilt"*, **IEEE/LEOS proc.** II, 73 (1998).

86. N.N. Akhmediev, J.M. Soto-Crespo, S.T. Cundiff, B.C. Collings and W.H. Knox, *"Phase-locking and periodic evolution of solitons in passively mode-locked fibers lasers with a semiconductor saturable absorber"*, **Optics Letters**, 23, 852 (1998).

85. B.C. Collings, K. Bergman and W.H. Knox, *"Stable multigigahertz pulse-train formation in a short-cavity passively harmonic mode-locked erbium/ytterbium fiber laser"*, **Optics Letters** 23, 123 (1998)

84. L. Boivin, M. Wegmuller, M.C. Nuss, W.H. Knox, Y. Sun, A. Srivastava, J. Sulhoff, C. Wolf, *"Transmission over 360 km of 110 channels at 2.35 Gb/s from a Spectrum-Sliced Modelocked Laser"*, **IEEE Photonics Technology Letters** 11, 1319 (1998)

83. S.T. Cundiff, W.H. Knox, F.H. Baumann, K.W. Evans-Lutterodt and M.L. Green, *"Second-harmonic generation at the interface between Si(100) and thin $SiO_2$ layers"*, **J. Vac. Sci. Technology: A** 16, 1730 (1998)

82. J. Nathan Kutz, B.C. Collings, K. Bergman and W.H. Knox, *"Stabilized Pulse spacing in Soliton lasers due to gain depletion and recovery"*, **IEEE Journal of Quantum Electronics** 34, 1749 (1998)

81. B.C. Collings, K. Bergman, S.T. Cundiff, S. Tsuda, J.N. Kutz, J.E. Cunningham, W.Y. Jan, M. Koch, W.H. Knox, *"Short Cavity Erbium/Ytterbium Fiber Lasers Modelocked with a Saturable Bragg Reflector"*, **IEEE Journal of Selected Topics of Quantum Electronics**, 3, 1065 (1997).

80. L. Boivin, M.C. Nuss, W.H. Knox, J.B. Stark, *"206-Channel Chirped-Pulse Wavelength Division Multiplexed Transmitter"*, **Electronics Letters**, 33, 827 (1997).

79. B.C. Collings, K. Bergman and W.H. Knox, *"True Fundamental Solitons in a Passively Modelocked Short Cavity $Cr^4+:YAG$ Laser"*, **Optics Letters,** 22, 1098 (1997).

78. A.T. Obeidat, W.H. Knox and J.B. Khurgin, *"Effects of two-photon absorption in saturable Bragg reflectors used in femtosecond solid state lasers"*, **Optics Express** 1, (1997).

77. J.B. Stark, M.C. Nuss, W.H. Knox, S.T. Cundiff, L. Boivin, S.G. Grubb, D. Tipton, D. Digiovanni, *"Cascaded WDM Passive Optical Network with a Highly Shared Source"*, **IEEE Photonics Technology Letters** 19, 1170 (1997).

76. S.T. Cundiff, W.H. Knox and M.C. Nuss, *"Active feed-forward channel equalisation for chirped pulse wavelength division multiplexing"*, **Electronics Letters** 33, 10 (1997).

75. S.T. Cundiff, W.H. Knox, F.H. Baumann, K.W. Evans-Lutterodt, M-T. Tang, M.L. Green and H.M. van Driel, *"$Si/SiO_2$ interface roughness: comparison between surface second harmonic generation and x-ray scattering"*, **Applied Physics Letters** 70, 1414 (1997).

74. S. Tsuda, W.H. Knox and S.T. Cundiff, *"High Efficiency Diode Pumping of a Saturable Bragg Reflector-Modelocked Cr:LiSAF Femtosecond Laser"*, **Applied Physics Letters** 69, 1538 (1996).

Wayne H. Knox

73. K. Svoboda, W. Denk, W.H. Knox and S. Tsuda, *"Two-Photon-Exciton Scanning Microscopy of Living neurons with a Saturable Bragg Reflector Modelocked diode-Pumped Cr:LiSAF Laser"*, **Optics Letters** 21, 1411 (1996).

72. M.C. Nuss, W.H. Knox and U. Koren, *"A scalable 32 channel chirped-pulse multifrequency WDM source"*, **Electronics Letters** 32, 1311 (1996).

71. I.E. Perakis, I. Brener, W.H. Knox, and D. Chemla, *"Nonlinear Optical Study of the Fermi Edge Singularity: Differences from Atomic Excitons in the Virtual Excitation Regime"*, **JOSA:B13,** 1313 (1996).

70. S.T. Cundiff, M. Koch, W.H. Knox, J. Shah and W. Stolz, *"Optical coherence in semiconductors: strong emission mediated by nondegenerate interactions"*, **Physical Review Letters** 77, 1107 (1996).

69. S. Tsuda, W.H. Knox, S.T. Cundiff, W.Y. Jan and J.E. Cunningham, *"Mode-locking Ultrafast Solid-State Lasers with Saturable Bragg Reflectors***", IEEE Journal of Selected Topics in Quantum Electronics** 2, 454 (1996).

68. R.L. Morrison, S.G. Johnson, A.L. Lentine and W.H. Knox, *"Design and demonstration of a high-speed, multichannel, optical-sampling oscilloscope"*, **Applied Optics** 35, 1187 (1996).

67. B.C. Collings, J.B. Stark, S. Tsuda, W.H. Knox, J.E. Cunningham, W.Y. Jan, R. Pathak and K. Bergman, *"Saturable Bragg reflector self-starting passive mode locking of a $Cr^{4+}$:YAG laser pumped with a diode-pumped Nd:YVO$_4$ laser"*, **Optics Letters** 21, 1171 (1996).

66. S.T. Cundiff, W.H. Knox, E.P. Ippen and H.A. Haus, *"Frequency-dependent mode size in broadband Kerr-lens mode locking"*, **Optics Letters** 21, 662 (1996).

Wayne H. Knox

65. M. Fritze, A, Kastalsky, J.E. Cunningham, W.H. Knox, R.N. Pathak and I.E. Perakis, *"Many-body and disorder effects in the optical spectra of extremely high density Be-delta doped GaAs"*, **Solid State Communications**, <u>100</u>, 97 (1996).

64. M. Fritze, I.E. Perakis, A. Getter, W.H. Knox, K.W. Goossen, J.E. Cunningham and S.A. Jackson, *"Observation of a Magnetic-Field-Induced Transition in the Behavior of Extremely shallow Quantum Well Excitons"*, **Physical Review Letters** <u>76</u>, 106 (1996).

63. S.T. Cundiff, R. Hellman, M. Koch, G. Mackh, A. Waag, G. Landwehr, W.H. Knox and E.O. Gobel, *"Excitonic dephasing in semimagnetic semiconductors"*, **JOSA B13,** 1263 (1996).

62. Tsuda, W.H. Knox, E.A. deSouza, W.Y. Jan and J.E. Cunningham, *"Low-loss intracavity AlAs/AlGaAs Saturable Bragg Reflector for femtosecond modelocking in solid state lasers"*, **Opt. Letters** <u>20,</u> 1406 (1995).

61. B.B. Hu, E.A. deSouza, W.H. Knox, J.E. Cunningham, M.C. Nuss, A.V. Kuznetsov and S.L. Chuang, *"Identifying the distinct phases of carrier transport in semiconductors with 10 fs time resolution"*, **Physical Review Letters** <u>74</u>, 1689 (1995).

60. E.A. deSouza, W.H. Knox, M.C. Nuss and D.A.B. Miller, *"Wavelength-division multiplexing with femtosecond pulses"*, **Opt. Letters** <u>20</u>, 1166 (1995).

59. I. Brener, W.H. Knox and W. Schaefer, *"Virtual excitation of the Fermi Edge singularity in modulation-doped quantum wells"*, **Physical Review Letters B,** <u>51</u>, 2005 (1995).

58. T.K. Woodward, W.H. Knox, B. Tell, A. Vinattieri and M.T. Asom, *"Experimental studies of proton-implanted GaAs-AlGaAs Multiple quantum well modulators for low-photocurrent applications"*, **IEEE J. Quantum Electron,** <u>30</u>, 2854 (1994).

57. D.R. Dykaar, S.B. Darack and W.H. Knox, *"Cross-locking dynamics in a two-color modelocked-Ti:Sapphire laser"*, **Optics Letters** <u>19,</u> 1058 (1994).

56. W.H. Knox and J.P. Gordon, *Frequency-domain dispersion measurements in tunable modelocked lasers"*, **JOSA B** <u>10,</u> 2071 (1993).

55. I. Brener, W.H. Knox, K.W. Goossen and J.E. Cunningham, *"Shallow quantum well excitons: 2D or 3D?"*, **Physical Review Letters,** <u>70</u>, 319 (1993).

54. A. Partovi, A.M. Glass, D.H. Olson, G.J. Zydzik, H.M. O'Bryan, T.H. Chiu and W.H. Knox, *"Chromium-doped GaAs/AlGaAs semi-insulating multiple quantum well photofrractive devices"*, **Applied Physics Letters, 62,** 464 (1993).

53. A. Partovi, A.M. Glass, G.J. Zydzik, H.M. O'Bryan, T.H. Chiu, W.H. Knox, *"Effect of carrier escape time on the performance of semi-insulating photorefractive self-electro-optic effect devices"*, **Applied Physics Letters, 62,** 3088 (1993).

52. W.H. Knox and F.A. Beisser, *"Two-wavelength synchronous generation of femtosecond optical pulses with <100 fs jitter"*, **Optics Letters 17**, 1012 (1992).

51. W.H. Knox, *"In-situ measurement of complete intracavity dispersion in an operating Ti:Sapphire femtosecond laser"*, **Optics Letters 17**, 514 (1992).

50. T.K. Woodward, B.Tell, W.H. Knox, and J.B. Stark, *"Suppressed photocurrent multiple quantum well modulators by proton implantation"*, **Applied Physics Letters 60,** 742 (1992).

49. J.B. Stark, W.H. Knox, D.S. Chemla, *"Spin-resolved femtosecond magnetoexciton interactions in GaAs"*, **Physical Review Letters: B 46**, 7919 (1992).


48. W.Y. Jan, J.E. Cunningham, K.W. Goossen and W.H. Knox, *"Growth of shallow AlGaAs/GaAs quantum wells by gas-source molecular beam epitaxy"*, **J. Vac. Sci. Technology: B 10**, 972 (1992).


47. J.B. Stark, W.H. Knox and D.S. Chemla, *"Femtosecond circular dichroism study of nonthermal carrier distributions in two-and zero-dimensional semiconductors"*, **Physical Review Letters 68**, 3080 (1992).


46. P.C.M. Planken, M.C. Nuss, W.H. Knox, D.A.B. Miller and K.W. Goossen, *"Terahertz pulses from the creation of polarized electron-hole pairs in biased quantum wells"*, **Applied Physics Letters 61**, 2009 (1992).


45. W.H. Knox, G.E. Doran, M. Asom, G. Livescu, R. Leibenguth and S.N.G. Chu, *"Low temperature grown GaAs quantum wells: femtosecond nonlinear optical and parallel-field transport studies***", Applied Physics Letters 59**, 1491 (1991).


44. W.H. Knox, G.E. Doran, J.E. Cunningam, M. Ranaswamy, S.M. Goodnick, *"Femtosecond spatiotemporal field measurements in GaAs quantum wells"*, **OSA Proceedings on Picosecond Electronics and Optoelectronics,** Vol. 9; **Proceedings of the Topical Meeting** Editor(s): Sollner, T.C.L.G.; Shah, J. (1991).


43. U. Keller, G.W. 'tHooft, W.H. Knox and J.E. Cunningham, *"Femtosecond pulses from a continuously self-stating passively modelocked Ti:Sapphire laser"*, **Optics Letters 16**, 1022 (1991).


42. U. Keller, W.H. Knox, G.W. 'tHooft, H. Roskos, T.K. Woodward, J.E. Cunningham, D.L. Sivco and A.Y. Cho, *"Coupled-cavity resonant passive modelocked solid state lasers"*, **OSA Proceedings on advanced solid state lasers**, vol. 10 p. 115. (1991).

41. H.A. Haus, U. Keller and W.H. Knox, *"Theory of coupled-cavity modelocking with a resonant nonlinearity"*, **JOSA: B 8**, 1252 (1991).

40. G. Hasnain, K.W. Goossen and W.H. Knox, *"Effect of optical phonons on femtosecond pulse propagation in coplanar striplines"*, **Applied Physics Letters 56**, 515 (1990).

39. J.B. Stark, W.H. Knox, D.S. Chemla, W. Schaefer, S. Schmitt-Rink and C. Stafford, *"Femtosecond dynamics of excitons under extreme magnetic confinement"*, **Physical Review Letters 645**, 3033 (1990).

38. D.D. Nolte, D.H. Olson, G.E. Doran, W.H. Knox and A.M. Glass, *"Resonant photodiffractive effect in semi-insulating multiple quantum wells"*, **JOSA: B 7**, 2217, (1990).

37. A.M. Glass, D.D. Notle, D.H. Olson, G.E. Doran, D.S. Chemla and W.H. Knox, *"Resonant photodiffractive four-wave mixing in semi-insulating GaAs/AlGaAs quantum wells"*, **Optics Letters 15**, 264 (1990).

36. W.H. Knox, *"Femtosecond carrier dynamics in modulation-doped quantum wells"*, **Surface Science 229**, 371 (1990).

35. U. Keller, W.H. Knox and H. Roskos, *"Coupled-cavity resonant passive mode-locked Ti:Sapphire laser"*, **Optics Letters 15**, 60 (1990).

34. S. Schmitt-Rink, D.S. Chemla, W.H. Knox, D.A.B. Miller, *"How fast is excitonic electroabsorption?"*, **Optics Letters 15**, 60 (1990).

33. G. Livescu, M. Angell, J. Filipe and W.H. Knox, *"A Real-time photoluminescence imaging system"*, **J. Electronic Matierials 19**, 937 (1990).

32. W.H. Knox, J.E. Henry, K.W. Goossen, K.D. Li, B. Tell, D.A.B. Miller, D.S. Chemla, A.C Gossard, J. English and S. Schmitt-Rink, *"Femtosecond excitonic optoelectronics"*, **IEEE J. Quantum Electronics 25**, 2586 (1989).

31. W.H. Knox, D.S. Chemla, D.A.B. Miller, J.B. Stark and S. Schmitt-Rink, *"Femtosecond AC Stark effect in semiconductor quantum wells; extreme low and high intensity limits"*, **Physical Review Letters 62**, 1189 (1989).

30. K.D. Li, W.H. Knox and N.M. Pearson, *"Broadband cubic phase compensation with resonant Gires-Tournois interferometers"*, **Optical Letters 14**, 450 (1989).

29. G. Livescu, A.M. Fox, D.A.B. Miller, T. Sizer, W.H. Knox, A.C. Gossard and J.H. English, *"Resonantly enhanced electron tunneleing rates in quantum wells"*, **Physical Review Letters 63**, 438 (1989).

28. W.H. Knox, N.M. Pearson, K.D. Li and C.A. Hirlimann, *"Interferometric measurements of femtosecond group delay in optical components"*, **Optical Letters 13**, 574 (1988).

27. O.R. Wood, W.T. Silfvast, H.W.K. Tom, W.H. Knox, R.L. Fork, C.H. Brito-Cruz, M.C. Downer, and P.J. Maloney, *"Effect of laser pulse duration on short wavelength emission from femtosecond and picosecond laser-produced Ta plasmas"*, **Applied Physics Letters 53**, 654 (1988).

26. W.H. Knox, D.S. Chemla, G. Livescu, J.E. Cunningham and J.E. Henry, *"Femtosecond carrier thermalization in dense Fermi seas"*, **Physical Review Letters 61**, 1290 (1988).

25. W.H. Knox, *"Generation and kilohertz-rate amplification of femtosecond optical pulses around 800 nm"*, **JOSA: B 4**, 1771 (1987).

24. W.J. Tomlinson and W.H. Knox, *"Limits of fiber-grating optical pulse compression"*, **JOSA: B 4**, 1404 (1987).

23. W.H. Knox, C. Hirlimann, D.A.B. Miller, J. Shah, D.S. Chemla and C.V. Shank, *"Femtosecond excitation of nonthermal carrier populations in GaAs quantum wells"*, **Physical Review Letters 56**, 1191 (1986).

22. C.V. Shank, R.L. Fork, C.H. Brito-Cruz and W.H. Knox, *"Investigations of nonthermal population distributions with 10 fs optical pulses"*, **Ultrafast Phenomena V**, Springer Verlag, NY (1986).

21. W.H. Knox, D.A.B. Miller, T.C. Damen, D.S. Chemla, C.V. shank and A.C. Gossard, *"Subpicosecond excitonic electroabsorption in room-temperature quantum wells"*, **Applied Physics Letter 48**, 864 (1986).

20. C.H. Brito-Cruz, R.L. Fork, W.H. Knox and C.V. Shank, *"Spectral hole burning in large molecules probed with 10 fs optical pulses"*, **Chem. Physics Letters 132**, 341 (1986).

19. W.H. Knox, L.F. Mollenauer and R.L. Fork, *"Femtosecond vibrational relaxation of the $F_2^+$ center in LiF"*, **Ultrafast Phenomena** V, Springer Verlag, NY 277 (1986).

18. B. Wittmershaus, T.M. Nordlund, W.H. Knox, R.S. Knox, N. Geacintov and J. Breton, *"Picosecond studies at 77K of energy transfer in chloroplasts at low and high exciton intensities"*, **BBA 806**, 93 (1985).

17. W.H. Knox, *"Picosecond vibrational dynamics of $O_2^-$ in alkali halide hosts"*, **Il Nuovo Cimento Suppl., Proc. of  Enrico Fermi Summer School Corso XCVI**, Varenna Italy (1985).

16. W.H. Knox, R.L. Fork, M.C. Downer, D.A.B. Miller, D.S. Chemla, C.V. Shank, A.C. Gossard, and W. Weigmann, *"Femtosecond dynamics of resonantly excited excitons in room-temperature GaAs quantum wells"* **Physical Review Letters 54**, 1306 (1985).

15. W.H. Knox, R.L. Fork, M.C. Downer, R.H. Stolen, C.V. Shank and J.A. Valdmanis, *"Optical pulse compression to 8fs at a 5-kHz repetition rate"*, **Applied Physical Letters 46**, 1120 (1985).  **(Citation Classic Publication)**

14. W.H. Knox, M.C. Downer, R.L. Fork and C.V. Shank, *"Amplified femtosecond optical pulses and continuum generation at 5-kHz repetition rate"*, **Optics Letters 9**, 552 (1984).

13. W.H. Knox, R.L. Fork, M.C. Downer, D.A.B. Miller, D.S. Chemla, C.V. Shank, A.C. Gossard and W. Weigmann, *"Femtosecond exciton ionization in room-temperature GaAs quantum wells"*, **Ultrafast Phenomena IV**, Springer-Verlag NY p. 162 (1984).

12. W.H. Knox and K.J. Teegarden, *"Picosecond time-resolved spectroscopic study of vibrational relaxation processes in alkali halides"*, **J. Luminescence 31**, 39 (1984).

11. D.V. Brumbaugh, A.A. Muenter, W.H. Knox, G.A. Mourou and B. Wittmershaus, *"Singlet exciton annihilation in the picosecond fluorescence decay of 1-1-diethyl-2,2'-cyanine chloride dye J-aggregate"*, **J. Luminescence 31/32**, 783 (1984).

10. C.A. Hanzlik, W.H. Knox, T.M. Nordlund, R. Hilf and S.L. Gibson, *"Picosecond fluorescence of hematoporphyrin derivative, its components, and related porphyrins"*, in Porphyrin Localization and Treatment of Tumors, **Proc. 1983 Clayton Symposium**, 201 (1983).

9. J.R. Andrews, T.E. Orlowski, H. Gibson, M. Slade, W.H. Knox and B. Wittmershaus, *"Hot luminescence in trans-polyacetylene: a picosend time-resolved study"*, **Physical Review Letters: B 27**, 6545 (1983).

8. D. Magde, M. Zappala, W.H. Knox, T.M. Nordlund, *"Picosecond Fluorescence anisotropy decay in the Ethidium/DNA Complex"*, **J. Phys. Chem. 81**, 3286 (1983).

7. B.A. Weinstein, T.E. Orlowski, W.H. Knox, T.M. Nordlund, *"Picosecond radiative and non radiative processes in $As_2S_3$ glass"*, **Physics B & C 117/118B + C**, 977 (1983).

6. B.A. Weinstein, T.E. Orlowski, W.H. Knox, T.M. Nordlund, G.A. Mourou, *"Picosecond luminescence and competing nonradiative processes in $As_2S_3$ glass"*, **Physical Review Letters: B 26**, 4777 (1982).

5. R. Anderson and W.H. Knox, *"Time resolved fluorescence decay in phthalazine"*, **J. Luminescence 24/25**, 647 (1981).

4. T.M. Nordlund and W.H. Knox, *"Lifetime of fluorescence from light-harvesting chlorophyll a/b proteins: excitation intensity dependence"*, **Biophys. Journal 36**, 193 (1981).

3. W.H. Knox and G.A. Mourou, *"A simple jitter-free streak camera"*, **Opt. Comm. 37**, 203 (1981).
M. Stavola, G. Mourou and W. Knox, *"Picosecond time-delay fluorometry using a jitter-free streak camera"*, **Opt. Comm. 34**, 404 (1980).

2. G. Mourou and W. Knox, *"High power switching with picosecond precision"*, **Applied Physics Letters 35**, 492 (1979).

1. G. Mourou and W. Knox, *"A simple jitter-free streak camera"*, **Applied Physics Letters 3**6, 623 (1979).

## Other

W.H. Knox, R.S. Knox, J.F. Hoose and R.N. Zare, *"Observation of the 0 fs pulse"* **Optics and Photonics News**, April 1, 1990.

**Invited Review Articles**

W.H. Knox, *"Dispersion measurements for femtosecond pulse generation and applications"*, **Applied Physics Letters: B 58**, 225 (1994).

W.H. Knox, *"The Revolution in femtosecond near-infrared pulse generation"*, **Optics and Photonics News**, p. 10 May 1992

U. Keller, W.H. Knox and G.W. 'tHooft, *"Ultrafast solid state modelocked lasers using resonant nonlinearities"*, **IEEE J. Quantum Electronics 28**, 2123 (1992).

W.H. Knox, *"Quantum wells for femtosecond optoelectronics applications"*, **Applied Physics: A 53**, 503 (1991).

S. Schmitt-Rink, J.B. Stark, W.H. Knox, D.S. Chemla and W. Schaelfer, *"Optical properties of quasi-zero dimensional magneto-excitons"*, **Applied Physics: A 53**, 491 (1991).

D.S. Chemla, S. Schmitt-Rink, W.H. Knox, D.A.B. Miller, K.W. Goossen and G. Hasnain, *"Ultrafast nonlinear optical effects in biased semiconductor quantum wells"*, **Phys. Stat. Sol. (b) 159**, 11 (1990).

W.H. Knox, *"Femtosecond bandedge excitations in modulation-doped quantum wells"*, **Solid State Electronics 32**, 1057 (1989).

W.H. Knox, *"Femtosecond optical pulse amplification"*, **IEEE J. Quantum Electron. 24**, 388 (1988).

D.S. Chemla, W.H. Knox, D.A.B. Miller, S. Schmitt-Rink, J.B. Stark and R. Zimmermann, *"The excitonic optical stark effect in semiconductor quantum wells probed with femtosecond optical pulses"*, **J. Luminescence 44**, 233 (1989).

G. Mourou, W. Knox and S. Williamson, *"Applications of picosecond high power switching"*, **Picosecond Optical Devices**, Ed. Chi Lee, Academic Press, NY 219 (1984).

W. Knox, G. Mourou and T.M. Nordlund, *"Applications of the jitter-free signal averaging streak camera in solid state physics, biophysics and chemistry"*, **Applied Physics: B 28**, 174 (1984).

W. Knox, S. Williamson and G. Mourou, *"Applications of streak cameras"*, **Semiconductors probed by ultrafast phenomena**, Ed. R.R. Alfano, Academic Press, NY 459 (1984).

G. Mourou, W.H. Knox and S. Williamson, *"Advances in picosecond optoelectronics"*, **Proc. SPIE 322**, 107

(1982).

**Book chapters**

W.H. Knox, *"Ultrafast Science and Technology"*, **The New Optics**, Cambridge University Press (in process)

R.S. Knox and W.H. Knox, *"Excitons"*, **Encyclopedia of Applied Physics**, Vol. 6, p. 311 (1993).

W.H. Knox, *"Optical Studies of femtosecond carrier thermalization in GaAs"*, **Hot Carriers in semiconductor nanostructures**, Ed. J. Shah, Academic Press p. 313 (1992).

**Invited, Tutorial and Plenary Conference Presentations**

W.H. Knox, "Ultrafast Science and Technology: Twelve Years since the Epiphany," Keynote talk at Photonics North, June 2, 2008.

W.H. Knox, Optics from 3000 B.C. to 3000 A.D., The 2007 Boris Stoicheff Lecture at the University of Toronto, December 2, 2007.

W.H. Knox, "Chirped-pulse Wavelength Division Multiplexing Systems: Inspired by and incorporating Chirped-Pulse Amplification", at **OSA FiO Symposium on the 20th Anniversary of the Chirped-Pulse Amplifier**, October 12, 2006 Rochester, NY.

W.H. Knox, "Growing up" with Lasers - **DLS Banquet talk 2006**, Rochester, New York FiO Meeting

W.H. Knox, "Future Fun with Fantastic Fibers", Plenary talk presented at the **2006 LEOS Summer Topical Meetings**, Quebec City July 17, 2006.

W.H. Knox, "The New Era of Ultrafast Manufacturing", Keynote presentation at the **Annual Lasers and Optoelectronics Marketplace Seminar** at the Fairmont Hotel in San Jose, CA on January 26, 2004, 1:30 pm – 2:10 pm (co-located with Photonics West 2004).

W.H. Knox, "Biomedical Optics Update from Rochester, and How do you make an Ultracompact, Ultrastable, Ultrabroadband, UltrahighPower, UltraLowNoise Optical Source?", **2004 Cross Border Workshop on Laser Science at NRC Ottawa**, Canada, May 7, 2004.

W.H. Knox , "Managing an Optics Career in Turbulent Times", **Education and Training in Optics & Photonics (ETOP) Conference,** October 6-8, 2003 at the Hilton Tucson El Conquistador Golf & Tennis Resort in Tucson, Arizona USA. ETOP 2003 will be collocated with the Frontiers in Optics/Laser Science XIX Conference (pending).

W.H. Knox, "The New Era of Ultrafast Manufacturing", Plenary talk at the **Femtosecond Technology Meeting, Chiba,** Japan, July 16, 2003  http://www.festa.or.jp/meeting/t-program.html

W.H. Knox, *"Ultrafast Technology, Commercialization and Education Opportunities", Plenary talk* **OPTO-Canada, May 2002.**

W.H. Knox*, "The Exciting Future of Telecommunications, and prospects for a High Speed Global Digital Divide"*, at the **Foreign Policy Institute**, Washington DC (2000).

W.H. Knox, "What can Ultrafast Technology do for Materials Science, and the Reverse", at **the MRS 2000 Meeting**, Boston MA.

W.H. Knox, *"Ultrafast Science and Technology : After the Epiphany"*, **CLEO tutorial** (2000).

W.H. Knox *"Radical Optics"* **DARPA April Meeting**, Washington (2000).

W.H. Knox, *"Ultrafast Technology in Telecommunications"*, **Tutorial Optical Society Annual Meeting** (1999).

W.H. Knox, *"Ultrafast Physics in Semiconductors"*, **APS Invited Centennial Lecture** (1999).

W.H. Knox, *"Ultrafast Technology: What can it offer, and is it ready for the real world?"*, **MITI FST 98** Workshop, Tsukuba, Japan (1998).

W.H. Knox, *"Bringing Ultrafast Technology to the Masses"*, **Scottish Universities Summer Schools in Physics**, St. Andrews, Scotland (1998)

W.H. Knox, *"Ultrafast Technology in Telecommunications"*, **CLEO Europe**, Tutorial

W.H. Knox, *"Ultrafast Epiphany: the rise of ultrafast science and technology in the Real-World"*, **Plenary Speaker, Conference on Lasers and Electro-Optics/Quantum Electronics and Laser Science,** Anaheim, CA (1996).

W.H. Knox, *"Ultrafast Optical Power Supplies"*, **Conference on Lasers and Electro-Optics**, Tutorial, Baltimore, MD (1995).

W.H. Knox, *"Transport in GaAs and Si probed with 8fs nonlinar THz spectroscopy"*, **Optical Society of America Annual Meeting**, (1995).

W.H. Knox, *"Dispersion measurement for ultrashort pulse generation and applications"*, **Optical Society of America Annual Meeting**, Dallas, TX (1994).

W.H. Knox, *"What will be the impact of ultrafast science and technology in the realworld?"*, **Lasers and Electro- Optics Society Annual Meeting**, Boston, MA (1994).

W.H. Knox, *"Ultrafast quantum well optoelectronics"*, **Lasers and Electro-Optics Society Annual Meeting**, San Jose, CA (1993).

W.H. Knox, *"Status and limits of femtosecond optics"*, **Optical Society of America Annual Meeting** (1992).

J.B. Stark, W.H. Knox and D.S. Chemla, *"Femtosecond circular dichroism response of quantum well magnetoexcitons from zero to two dimensions"*, **International Quantum Electronics Conference,** Vienna, 1992.

D.S. Chemla, J.B. Stark and W.H. Knox, *"Femtosecond spectroscopy of magnetoexcitons"*, **Ultrafast Phenomena VIII Conference**, Antibes, France (1992).

W.H. Knox, *"Femtosecond spatio-emporal field measurements in GaAs quantum wells"*, **Picosecond Electronics and Optoelectronics Conference**, Slat Lake City, UT (1991).

Wayne H. Knox

W.H. Knox, *"Ultrafast Dynamical response of quantum well excitons in applied fields"*, **Workshop on optical properties of mesoscopic semiconductor structures**, Snowbird, UT, 1991.

W.H. Knox, *"Femtosecond quantum well optoelectronics"*, **Gordon Conference on Nonlinear Optics**, Wolfeboro, NH (1991).

W.H. Knox, *"Femtosecond nonlinear excitations in GaAs quantum wells: applied fields"*, **XIV International Conference on Coherent and Nonlinear Optics**, Leningrad (1991).

W.H. Knox, *"The revolution in femtosecond near-infrared pulse generation"*, **Optical Society of America Annual Meeting**, San Jose, CA (1991).

W.H. Knox, *"Femtosecond real and virtual excitations in GaAs quantum wells: physics and applications"*, **4th Binational US/USSR Symposium on optical phenomena and their use as probes of matter,** Irvine, CA (1990).

W.H. Knox, *"Femtosecond excitations in quantum wells in electric and magnetic fields: progress and prospects"*, **Walter Schottky Lecture Workshop**, Aachen, Germany (1990).

W.H. Knox, *"Ultrafast lasers and applications in femtosecond quantum well optoelectronics"*, **2nd International Forum on the Frontier of Telecommunications**, Tokyo, Japan (1990).

W.H. Knox, *"Femtosecond bandedge excitations in GaAs quantum wells"*, **Hot Carriers in Semiconductors 6 Conference,** Scottsdale, AZ (1989).

W.H. Knox, *"Femtosecond sub-bandgap excitations in GaAs quantum wells"*, **Quantum Electronics and Laser Science Conference**, Baltimore, MD (1989).

W.H. Knox, *"Femtosecond AC-stark effect in semiconductor quantum wells: extreme high and low intensity limits"*, **American Physical Society March meeting**, St. Louis, MO (1989)

W.H. Knox, *"Spectroscopy of nonthermal carrier distributions in semiconductor quantum wells"*, **Quantum Wells for Optics and Optoelectronics**, Salt Lake City, UT (1989).

W.H. Knox, *"Femtosecond nonlinear optical response of modulation-doped quantum wells"*, **Nonlinear Optical Properties of materials**, Troy, NY (1988).

W.H. Knox, *"Femtosecond real and virtual excitations in GaAs quantum wells"*, **4th Brazilian School in Semiconductor Physics**, Belo Horizonte, Brazil (1988).

W.H. Knox, D.S. Chemla, D.A.G. Miller and S.Schmitt-Rink, *"Femtosecond dynamics of non-thermal carrier distributions in GaAs MQWS"*, **Nonlinear Optical Excitation Kinetics in Semiconductors**, Bad Stuer, East Germany (1987).

W.K. Knox, *"Femtosecond spectroscopic techniques for kilohertz-reate nonlinear spectroscopy in visible and near infrared spectral ranges"*, **International Laser Science III**, Atlantic City, NJ (1987).

W.H. Knox, *"High density excitation of nonthermal carriers in GaAs MQWS"*, **Hot Carriers in Semiconductors V**, Boston, MA (1987).

W.H. Knox, *"Techniques of femtosecond pulse generation and applications in spectroscopy"*, **American Physical Society Southeastern section annual meeting**, Williamsburg, VA (1986).

W.H. Knox, *"High repetition rate amplification of femtosecond optical pulses: recent developments and applications"*, **Optical Society of America Annual Meeting**, Seattle, WA (1986).

W.H. Knox, *"Femtosecond spectroscopic techniques into the single cycle regime and applications in ultrafast dynamical studies"*, **Glasgow Symposium on Nonlinear Waveguides and Fast Optical Switching**, Glasgow, Scotland (1985).

W.H. Knox, *"Amplification of femtosecond optical pulses at a 5-10 KHz repetition rate using copper vapor lasers"*, **Optical Society of America Annual Meeting**, Washington, DC (1985).

W.H. Knox, *"Picosecond vibrational relaxation dynamics of superoxide ions in alkali halide hosts"*, **Enrico Fermi School**, Varenna, Itlay (1985).


## Contributed Conference Presentations

(too many to list – recent only)

Wayne H. Knox, Li Ding, Dharmendra Jani, Candido Pinto, Jeffrey Linhardt, Jay F. Kunzler, "The Role of Nonlinear Absorption in Enhancement of Efficiency of Femtosecond Micromachining in Hydrogels", Oral presentation at Nonlinear Optics (NLO) conference, NFB7, 2009

Li Ding, Lana J. Nagy, Lisen Xu, Jack Chun-Hung Chang, Jennifer Swanton, Wayne H. Knox, Krystel R. Huxlin, "Enhancement of Intra-tissue Refractive Index Shaping (IRIS) of the cornea by Two-Photon Absorption", Oral presentation at Conference on Lasers and Electro Optics (CLEO), CWE4, 2009

Lana J. Nagy, Li Ding, Lisen Xu, Tracy Bubel, Jennifer Swanton, Wayne H. Knox, Krystel R. Huxlin, "Potentiating femtosecond intra-tissue refractive index shaping (IRIS) in the living cornea with sodium fluorescein doping", Presentation at the annual meeting of the Association for Research in Vision and Ophthalmology (ARVO), paper 568-A538, 2009

Parama Pal and Wayne H. Knox, "Integration of End Sealed Holey Fibers with Dispersion Micromanagement", postdeadline paper at FiO OSA Annual Meeting Rochester, New York, October 2006.

Fei Lu Larry E. Foulkrod and Wayne H. Knox, "Intense Blue Continuum Generation in a short Dispersion-Micromanaged Holey Fiber", Postdeadline paper PD1, Nonlinear Optics Conference 2004, Waikoloa, Hawaii, August 2004.

Optics Express, Vol. 12 Issue 16 Page 3872 (August 2004)
 Yujun Deng, Wayne H. Knox, paper CThK2 "Self-starting passive harmonic modelocked femtosecond Yb3+-doped fiber laser at 1030nm" CLEO 2004 Conference, May 2004, San Fransicso, CA.

Fei Lu and Wayne H. Knox, paper JTuB6 "Generation of a broadband continuum with high spectral coherence in tapered single-mode optical fibers",  CLEO 2004 Conference , May 2004 San Francisco, CA .


## Graduate Student Thesis Supervising
:

Graduated in 2006: Fei Lu, *"Linear and Nonlinear Optical Properties and Applications of Adiabatically Tapered Single-Mode Optical Fibers"*

Graduated in 2006: Yujun Deng, *"Scalable Ultrafast Modelocked Fiber Laser Systems"*,

Li Ding, Graduated in 2009 *"High Repetition Rate Femtosecond Micromachining of Polymers and Biological Materials"*.

Parama Pal, Graduating in 2009 *"Microprocessing of Optics Fibers and Applications"*

Liping Cui, *"Imaging in turbid media using nonlinear absorption"*

Liesen Xu, TBD

Brandon Rodenburg, TBD

Yuhong Yao, TBD

The following students did their PhD or MS research under my supervision in my lab at Bell Labs:

**Jeffrey Roth,** Princeton University (Ph.D. Student), Faculty Advisor: Keren Bergman (1998 – Present)

**Brandon C. Collings,** Princeton University (Ph.D. Student), Faculty Advisor: Keren Bergman.  Thesis: *"Passive Modelocking of Low Gain Soliton Lasers with A Saturable Bragg Refector",* 1999.

**Radha Venkat,** Princeton University (MS Student), Faculty Advisor : Cliff Fonstad.  Thesis: *"Polarization Properties of short-cavity fiber lasers",* 1998.

**Malini Ramaswamy,** Massachusetts Institute of Technology, VI-A Fellowship Program Masters student, Faculty Advisor: Cliff Fonstad.  Thesis: *"Excitonic electroabsorption spatial field mapping in quantum well devices",* 1992.

**Jason B. Stark,** Massachusetts Institute of Technology (Ph.D. student), Faculty Advisor: Peter A. Wolff, Thesis: *"Femtosecond Nonlinear Optical Studies of Magnetoexcitons",* 1991.


## Summer Student Mentoring

Zeyu Zhao, summer 2009

Chun-Hung Chang, summer 2008

Carlin Getliffe, summer 2007

Chun-Hung (Jack) Chang, summer 2007

Larry Foulkrod (REU Student) summer 2004

Nicole Green (REU student) summer 2002

Thomas Olsen (U. Penn) Summer Research Program Student

Melissa Knox (Stanford) Summer Internship Program student

Kathryn D. Li  (Stanford) Summer Research Program student

Nathaniel M. Pearson (Rutgers) University Relations student

Jarvis Sulcer  (Southern Methodist) Summer Research Program student

Colette A. Sacksteder (Washington State) Summer Research Program student

Noel Thomas (Johns Hopkins) University Relations student

Alanna Dixon (U. of Michigan) Summer Research Program student

**Graduate Student Committees**

I have been an external member of graduate student committee for PhD students Peter J. DelFyett,

CCNY and Hernando Garcia, NJIT.

**University Seminars**

| | |
|---|---|
| University of Arizona | Alabama A&M |
| Duke University | University of Amsterdam -- FOM |
| University of Toronto | CEN-Saclay-France |
| MIT | University of Tokyo |
| U. Michigan | University of Florence |
| Williams College | University of Pennsylvania |
| University of Rochester, Dexter Lecture | Lehigh University |
| CREOL -- Florida | University of Illinois |
| UCLA | Princeton University |
| Swarthmore | Harvard |
| Columbia University | Rutgers University |
| Cornell University | |

**Editorships**

P.F. Barbara, W.H. Knox, G. Mourou and A.H. Zewail, Editors of Proceedings of Ultrafast Phenomena

Conference *1994*, Springer-Verlag Series in Chemical Physics, Heidelberg, Helmut Lotsch, Series Editor.

P.F. Barbara, W.H. Knox, J.G. Fujimoto and W. Zinth, Editors of Proceedings of Ultrafast Phenomena

Conference *1996*, Springer-Verlag Series in Chemical Physics, Heidelberg, Helmut Lotsch, Series

Editor.

J.E.Bowers and W.H. Knox, Editors of OSA TOPS volume, proceedings of the 1999 Ultrafast

Electronics and Optoelectronics Conference.

## Research Interests

Novel telecommunications systems using ultrafast technology, limits of WDM and TDM systems, ultrashort optical pulse generation systems and physics, optical measurement and optoelectronic measurement systems; dispersion measurements and limitation in single-cycle regime; coherence properties of optical fields; physics of semiconductors in quantum-confinement regime; optoelectronic devices and physics of semiconductors in applied fields; biomedical imaging techniques; fiber optic systems; microfibers and microfiber devices; applications of laser technology in environmental, biomedical and industrial process control areas; optics education in general, and in particular with regard to telecom and datacom systems, vision, vision correction and the visual system.

## Teaching Experience

**University of Rochester, The Institute of Optics, 2002 – present "Optics 101 : Optics in the Information Age"**

**Drew University:** 1987 – 1997: taught 4-week summer course on lasers: theory and applications for the New Jersey Governor's School in the Sciences.

**AAPT:** Physics Olympiad Lecturer 1991 – 1997: Laser demonstrations as part of AT&T funded support for training of Physics Olympics Team.

**OSA Educators Day:** 1991 – Present: teaching high school science teachers how to conduct classroom laser and optics demonstrations.

## Other Committees

**Chair, OSA/IEEE 2002 Tyndall Award Committee**

**OSA/IEEE Tyndall Award Committee, 200, 2001**

**OSA Rapid Action committee on the Annual Meeting, 1999**

**University of Rochester Laboratory for Laser Energetics Visiting Trustees Committee** 1998, 1999, 2000

**OSA Leadership Conference,** 1999, 2000 Participant

**CLEO,** Steering Committee (1996)

**Ultrafast Phenomena Conference,** Steering Committee Member.

**Optical Society of America,** Fellows and Honorary Members Committee (1995).

**Optical Society of America,** Member and Education Services Committee (1995-1998)

**American Physical Society**, Fellows Committee (2000)

<u>Personal</u>

Age 51, married, 6 children.