IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation, | Case No.: 2:06-CV-15139 |
| Plaintiff/Counterdefendant, | Judge: Hon. Anna Diggs Taylor |
| v. | Magistrate: Hon. Mona K. Majzoub |
| IPG PHOTONICS CORPORATION, a Delaware corporation, | |
| Defendant/Counterclaimant. | |
| AND RELATED COUNTERCLAIMS | |

# PLAINTIFF IMRA AMERICA INC.'S REBUTTAL TO DEFENDANT IPG PHOTONIC'S OPENING CLAIM CONSTRUCTION BRIEF

## INDEX OF EXHIBITS

EXHIBITS A-D – SUBMITTED WITH IMRA'S MAIN BRIEF

EXHIBIT E – EX PARTE REEXAMINATION CERTIFICATE

EXHIBIT F – SECOND DECLARATION OF DR. WAYNE H. KNOX