# EXHIBIT E



US005818630C1

## (12) EX PARTE REEXAMINATION CERTIFICATE (7121st)
## United States Patent
### Fermann et al.

(10) Number:  US 5,818,630 C1
(45) Certificate Issued:  Oct. 27, 2009

(54) **SINGLE-MODE AMPLIFIERS AND COMPRESSORS BASED ON MULTI-MODE FIBERS**

(75) Inventors: **Martin E. Fermann**, Ann Arbor, MI (US); **Donald J. Harter**, Ann Arbor, MI (US)

(73) Assignee: **Imra America, Inc.**, Ann Arbor, MI (US)

**Reexamination Request:**
No. 90/008,971, Mar. 12, 2008

**Reexamination Certificate for:**
Patent No.: 5,818,630
Issued: Oct. 6, 1998
Appl. No.: 08/882,349
Filed: Jun. 25, 1997

(51) **Int. Cl.**
H01S 3/06   (2006.01)
H01S 3/067  (2006.01)
H01S 3/094  (2006.01)
H01S 3/08   (2006.01)
H01S 3/23   (2006.01)
G02F 1/35   (2006.01)
G02F 1/37   (2006.01)

(52) **U.S. Cl.** .................... 359/341.31; 359/340; 372/19; 398/143

(58) **Field of Classification Search** .................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,308,394 A | 3/1967 | Snitzer |
| 3,350,654 A | 10/1967 | Snitzer |
| 3,355,674 A | 11/1967 | Hardy |
| 3,395,366 A | 7/1968 | Snitzer |
| 3,599,106 A | 8/1971 | Snitzer |

(Continued)

FOREIGN PATENT DOCUMENTS

DE  2844129 A1  4/1980

(Continued)

OTHER PUBLICATIONS

Griebner et al. Efficient Laser Operation with Nearly diffraction-limited output from a diode-pumped heavily doped Nd-doped multimode fiber. Optics Letters. vol. 21. No. 4, Feb. 15, 1996.*

(Continued)

*Primary Examiner*—Deandra M Hughes

(57) **ABSTRACT**

To amplify and compress optical pulses in a multi-mode (MM) optical fiber, a single-mode is launched into the MM fiber by matching the modal profile of the fundamental mode of the MM fiber with a diffraction-limited optical mode at the launch end. The fundamental mode is preserved in the MM fiber by minimizing mode-coupling by using relatively short lengths of step-index MM fibers with a few hundred modes and by minimizing fiber perturbations. Doping is confined to the center of the fiber core to preferentially amplify the fundamental mode, to reduce amplified spontaneous emission and to allow gain-guiding of the fundamental mode. Gain-guiding allows for the design of systems with length-dependent and power-dependent diameters of the fundamental mode. To allow pumping with high-power laser diodes, a double-clad amplifier structure is employed. For applications in nonlinear pulse-compression, self phase modulation and dispersion in the optical fibers can be exploited. High-power optical pulses may be linearly compressed using bulk optics dispersive delay lines or by chirped fiber Bragg gratings written directly into the SM or MM optical fiber. High-power cw lasers operating in a single near-diffraction-limited mode may by constructed from MM fibers by incorporating effective mode-filters into the laser cavity. Regenerative fiber amplifiers may be constructed from MM fibers by careful control of the recirculating mode. Higher-power Q-switched fiber lasers may be constructed by exploiting the large energy stored in MM fiber amplifiers.



## US 5,818,630 C1
Page 2

### U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor |
|---|---|---|---|
| 3,687,514 | A | 8/1972 | Miller |
| 3,729,690 | A | 4/1973 | Snitzer |
| 3,761,716 | A | 9/1973 | Kapron |
| 3,777,149 | A | 12/1973 | Marcatili |
| 3,779,628 | A | 12/1973 | Kapron |
| 3,808,549 | A | 4/1974 | Maurer |
| 3,826,992 | A | 7/1974 | Friedl |
| 3,859,073 | A | 1/1975 | Schultz |
| 3,973,828 | A | 8/1976 | Onoda |
| 4,050,782 | A | 9/1977 | Uchida |
| 4,120,587 | A | 10/1978 | Vali |
| 4,204,745 | A | 5/1980 | Sakai |
| 4,260,221 | A | 4/1981 | Marcuse |
| 4,447,125 | A | 5/1984 | Lazay |
| 4,465,334 | A | 8/1984 | Siemsen |
| 4,504,111 | A | 3/1985 | Hunzinger |
| 4,515,431 | A | 5/1985 | Shaw |
| 4,546,476 | A | 10/1985 | Shaw et al. |
| 4,553,238 | A | 11/1985 | Shaw |
| 4,554,510 | A | 11/1985 | Shaw |
| 4,556,279 | A | 12/1985 | Shaw |
| 4,560,234 | A | 12/1985 | Shaw |
| 4,603,940 | A | 8/1986 | Shaw |
| 4,637,025 | A | 1/1987 | Snitzer |
| 4,674,830 | A | 6/1987 | Shaw |
| 4,680,767 | A | 7/1987 | Hakimi |
| 4,708,421 | A | 11/1987 | Desurvire |
| 4,712,075 | A | 12/1987 | Snitzer |
| 4,723,824 | A | 2/1988 | Shaw |
| 4,723,828 | A | 2/1988 | Garel-Jones |
| 4,738,503 | A | 4/1988 | Desurvire |
| 4,741,586 | A | 5/1988 | Kim |
| 4,768,851 | A | 9/1988 | Shaw |
| 4,780,877 | A | 10/1988 | Snitzer |
| 4,782,491 | A | 11/1988 | Snitzer |
| 4,787,927 | A | 11/1988 | Mears |
| 4,815,079 | A | 3/1989 | Snitzer |
| 4,815,804 | A | 3/1989 | Desurvire |
| 4,817,205 | A | 3/1989 | Asawa |
| 4,828,350 | A | 5/1989 | Kim |
| 4,829,529 | A | 5/1989 | Kafka |
| 4,832,437 | A | 5/1989 | Kim |
| 4,859,016 | A | 8/1989 | Shaw |
| 4,895,421 | A | 1/1990 | Kim |
| 4,896,942 | A | 1/1990 | Onstott |
| 4,913,520 | A | 4/1990 | Kafka |
| 4,923,279 | A | 5/1990 | Ainslie |
| 4,938,556 | A | 7/1990 | Digonnet |
| 4,944,591 | A | 7/1990 | McMichael |
| 4,955,014 | A | 9/1990 | Kuppers |
| 4,964,131 | A | 10/1990 | Liu |
| 4,991,923 | A | 2/1991 | Kino |
| 5,032,001 | A | 7/1991 | Shang |
| 5,048,026 | A | 9/1991 | Shaw |
| 5,058,976 | A | 10/1991 | DiGiovanni |
| 5,067,134 | A | 11/1991 | Oomen |
| 5,074,633 | A | 12/1991 | Cohen |
| 5,077,483 | A | 12/1991 | Cloonan |
| 5,077,815 | A | 12/1991 | Yoshizawa |
| 5,095,518 | A | 3/1992 | Young |
| 5,108,183 | A | 4/1992 | Fling |
| 5,121,460 | A | 6/1992 | Tumminelli et al. |
| 5,171,458 | A | 12/1992 | Aoyagi |
| 5,175,785 | A | 12/1992 | Dabby |
| 5,177,562 | A | 1/1993 | Wysocki |
| 5,185,749 | A | 2/1993 | Kalman |
| 5,187,759 | A | 2/1993 | DiGiovanni et al. |
| 5,189,676 | A | 2/1993 | Wysocki |
| 5,226,049 | A | 7/1993 | Grubb |
| 5,253,322 | A | 10/1993 | Onishi |
| 5,255,274 | A | 10/1993 | Wysocki |
| 5,263,036 | A | 11/1993 | De Bernardi |
| 5,311,525 | A | 5/1994 | Pantell |
| 5,319,652 | A | 6/1994 | Moeller |
| 5,321,718 | A | 6/1994 | Waarts |
| 5,349,602 | A | 9/1994 | Mehuys |
| 5,353,363 | A | 10/1994 | Keck |
| 5,363,234 | A | 11/1994 | Newhouse |
| 5,363,386 | A | 11/1994 | Smith |
| 5,381,431 | A | 1/1995 | Zayhowski |
| 5,388,120 | A | 2/1995 | Ackley |
| 5,400,350 | A | 3/1995 | Galvanauskas |
| 5,416,862 | A | 5/1995 | Haas |
| 5,422,897 | A | 6/1995 | Wyatt |
| 5,439,602 | A | 8/1995 | Eckard |
| 5,450,427 | A | 9/1995 | Fermann |
| 5,452,394 | A | 9/1995 | Huang |
| 5,488,619 | A | 1/1996 | Injeyan |
| 5,494,941 | A | 2/1996 | Lutter |
| 5,499,134 | A | 3/1996 | Galvanauskas |
| 5,508,845 | A | 4/1996 | Frisken |
| 5,511,083 | A | 4/1996 | D'Amato |
| 5,513,194 | A | 4/1996 | Tamura |
| 5,513,196 | A | 4/1996 | Bischel |
| 5,517,525 | A | 5/1996 | Endo |
| 5,539,571 | A | 7/1996 | Welch |
| 5,541,947 | A | 7/1996 | Mourou |
| 5,546,415 | A | 8/1996 | Delfyett |
| 5,546,484 | A | 8/1996 | Fling |
| 5,553,163 | A | 9/1996 | Nivelle |
| 5,559,816 | A | 9/1996 | Basting et al. |
| 5,572,618 | A | 11/1996 | DiGiovanni |
| 5,627,848 | A | 5/1997 | Fermann |
| 5,627,854 | A | 5/1997 | Knox |
| 5,659,558 | A | 8/1997 | Tohmon |
| 5,659,644 | A | 8/1997 | DiGiovanni |
| 5,689,519 | A | 11/1997 | Fermann |
| 5,701,318 | A | 12/1997 | Digonnet |
| 5,701,319 | A | 12/1997 | Fermann |
| 5,774,484 | A | 6/1998 | Wyatt |
| 5,818,630 | A | 10/1998 | Fermann |
| 5,828,802 | A | 10/1998 | Stolen |
| 5,838,702 | A | 11/1998 | Byer |
| 5,841,797 | A | 11/1998 | Ventrudo |
| 5,844,927 | A | 12/1998 | Kringlebotn |
| 5,854,865 | A | 12/1998 | Goldberg |
| 5,861,970 | A | 1/1999 | Tatham |
| 5,862,287 | A | 1/1999 | Stock |
| 5,867,305 | A | 2/1999 | Waarts |
| 5,880,877 | A | 3/1999 | Fermann |
| 5,887,009 | A | 3/1999 | Mandella |
| 5,905,745 | A | 5/1999 | Grubb |
| 5,923,684 | A | 7/1999 | DiGiovanni |
| 5,953,353 | A | 9/1999 | Headley |
| 5,966,491 | A | 10/1999 | DiGiovanni |
| 5,974,060 | A | 10/1999 | Byren |
| 5,993,899 | A | 11/1999 | Robin |
| 5,999,673 | A | 12/1999 | Valentin |
| 6,031,849 | A | 2/2000 | Ball |
| 6,034,975 | A | 3/2000 | Harter |
| 6,044,188 | A | 3/2000 | Kropp |
| 6,064,786 | A | 5/2000 | Cunningham |
| 6,072,811 | A | 6/2000 | Fermann |
| 6,081,369 | A | 6/2000 | Waarts |
| 6,097,741 | A | 8/2000 | Lin |
| 6,104,733 | A | 8/2000 | Espindola |
| 6,141,143 | A | 10/2000 | Marshall |
| 6,157,763 | A | 12/2000 | Grubb |
| 6,185,346 | B1 | 2/2001 | Asawa |
| 6,188,705 | B1 | 2/2001 | Krainak |
| 6,212,216 | B1 | 4/2001 | Pillai |

**US 5,818,630 C1**
Page 3

| | | |
|---|---|---|
| 6,236,498 B1 | 5/2001 | Freeman |
| 6,236,793 B1 | 5/2001 | Lawrence |
| 6,249,630 B1 | 6/2001 | Stock |
| 6,275,512 B1 | 8/2001 | Fermann |
| 6,295,161 B1 | 9/2001 | Bazzocchi |
| 6,301,271 B1 | 10/2001 | Sanders |
| 6,304,352 B1 | 10/2001 | Cunningham |
| 6,320,885 B1 | 11/2001 | Kawai |
| 6,324,326 B1 | 11/2001 | Dejneka |
| 6,327,403 B1 | 12/2001 | Danziger |
| 6,356,680 B1 | 3/2002 | Kirk |
| 6,373,867 B1 | 4/2002 | Lin |
| 6,415,076 B1 | 7/2002 | DeCusatis |
| 6,427,491 B1 | 8/2002 | Burke |
| 6,434,311 B1 | 8/2002 | Danziger |
| 6,487,338 B2 | 11/2002 | Asawa |
| 6,496,301 B1 | 12/2002 | Koplow |
| 6,501,884 B1 | 12/2002 | Golowich |
| 6,510,265 B1 | 1/2003 | Giaretta |
| 6,567,583 B2 | 5/2003 | Mettler |
| 6,574,406 B2 | 6/2003 | Ainslie |
| 6,738,186 B2 | 5/2004 | Jiang |
| 6,751,388 B2 | 6/2004 | Siegman |
| 6,771,856 B2 | 8/2004 | Ralph |
| 6,885,682 B2 | 4/2005 | Fuse |
| 6,885,683 B1 | 4/2005 | Fermann |
| 6,904,219 B1 | 6/2005 | Fermann |
| 6,954,575 B2 | 10/2005 | Fermann |
| 6,956,887 B2 | 10/2005 | Jiang |
| 6,987,783 B2 | 1/2006 | Fajardo |
| 7,043,126 B2 | 5/2006 | Guan |
| 7,043,128 B2 | 5/2006 | DiGiovanni |
| 7,212,745 B2 | 5/2007 | Numata |
| 7,228,032 B2 | 6/2007 | Blauvelt |
| 7,231,114 B2 | 6/2007 | Jenkins |
| 7,242,870 B2 | 7/2007 | Guan |
| 7,248,762 B2 | 7/2007 | Hallemeier |
| 2001/0024458 A1 | 9/2001 | Fermann |
| 2003/0202547 A1 | 10/2003 | Fermann |
| 2004/0213302 A1 | 10/2004 | Fermann |
| 2005/0008044 A1 | 1/2005 | Fermann |
| 2005/0069269 A1 | 3/2005 | Libori |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 19635919 A1 | 3/1997 |
| DE | 198 28 154 A1 | 1/1999 |
| EP | 208189 A2 | 6/1987 |
| EP | 103382 B1 | 9/1989 |
| EP | 704944 A1 | 4/1996 |
| EP | 569174 B1 | 7/1996 |
| EP | 01662624 A1 | 5/2006 |
| FR | 2441858 | 6/1980 |
| JP | 54121749 A | 9/1979 |
| JP | 61065208 | 4/1986 |
| JP | 61233314 A | 10/1986 |
| JP | 62-54986 | 3/1987 |
| JP | 63034521 | 2/1988 |
| JP | 3253823 A | 11/1991 |
| JP | 4253003 | 9/1992 |
| JP | 4273187 | 9/1992 |
| JP | 4322228 | 11/1992 |
| JP | 4507299 | 12/1992 |
| JP | 6059150 A | 3/1994 |
| JP | 7245439 | 9/1995 |
| JP | 8018137 | 1/1996 |
| JP | H8-228038 A | 3/1996 |
| JP | 08-304857 | 11/1996 |
| JP | H8-340141 A | 12/1996 |
| JP | 2002-323636 | 11/2002 |
| JP | 2005-203809 | 7/2005 |
| WO | WO08705118 A1 | 8/1987 |
| WO | WO08910332 A1 | 11/1989 |
| WO | 9315536 | 8/1993 |
| WO | 96/26458 | 8/1996 |
| WO | WO97-21124 A1 | 6/1997 |
| WO | WO09726571 A2 | 7/1997 |
| WO | WO09842050 A1 | 9/1998 |
| WO | 200169313 | 9/2001 |

OTHER PUBLICATIONS

Johnston, T.F. Jr., "M2 concept characterizes beam quality", Laser Focus World, May 1990, p. 173–183.*

B. Desthieux et al., "111 kW (0.5 mJ) pulse amplification at 1.5 μm using a gated cascade of three erbium–doped fiber amplifiers", *Applied Physics Letters*, vol. 63, No. 5, pp. 586–588 (Aug. 1993).

Michel J.F. Digonnet, "Passive and Active Fiber Optic Components", *A Stanford University Ph.D dissertation* (Sep. 1983).

W.A. Gambling et al., "Pulse Dispersion for Single–Mode Operation of Multimode Cladded Optical Fibres", *Electronics Letters*, vol. 10, pp. 148–149 (Mar. 1974).

Z. Haas et al. "A Mode–Filtering Scheme for Improvement of the Bandwidth–Distance Product in Multimode Fiber Systems", *Journal of Lightwave Technology*, vol. 11, No. 7, pp. 1125–1131 (Jul. 1993).

J.D. Minelly et al., "Cladding–pumped fiber laser / amplifier system generating 100 μJ energy picosecond pulses", *Conference on Lasers and Electro–Optics*, vol. 11 of 1997 OSA Technical Digest Series, Conference Edition (Optical Society of America, Washington D.C., 1997), p. 475–476 (May 1997).

John M. Senior, "Optical Fiber Communications: Principles and Practice", Prentice/Hall International, Inc., London, pp. 41–42; 73–76; 138–144 (1985).

Lih–Mei Yang, "Generation and Amplification of Ultrashort Pulses in Erbium, Neodymium, and Thulium Fibers", *A University of Michigan Ph.D. dissertation* (Oct. 1996).

Valentin P. Gapontsev et al; "3W Saturation Power Polarisation Maintaining 1060nm Ytterbium Fiber Amplifier", SPIE, vol. 3815, Nov. 2, 2006, pp. 264–268.

Martin E. Fermann, "Amended Appeal Brief Submitted in Response to notification of Non–Compliant Appeal Brief Dated Mar. 24, 2008", Sep. 23, 2008, pp. 1–123, in U.S. Appl. No. 09/785,944.

Martin E. Fermann, Final Office Action, Jun. 7, 2007, pp. 1–20, in U.S. Appl. No. 09/785,944.

"Advanced and Proven Technology", IRE–Polus Group, No. 5455, 1996, pp. 1–5.

"Pulsed Ytterbium Fiber Laser", Model YLPM–3000, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Pulsed Single Mode Ytterbium Fiber Laser", YLP–Series, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"High Power Single–Mode CW Ytterbium Fiber Laser Module", Model PYL–8000M–1047, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"High Power Single–Mode CW Ytterbium Fiber Laser Module", Model PYL–5000M, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Single–Mode Ytterbium Fiber Laser", Model YLD–2000–1030, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Single–Mode Ytterbium Fiber Laser Module", Model YLM–1000A–1030 (1047), IRE–Polus Group, No. 5455, 1996, pp. 1–2.

US 5,818,630 C1
Page 4

"Single–Mode High Power Ytterbium Fiber Lasers", PYL–Series, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Single–Mode Ytterbium Fiber Laser", Model YL–Series, IRE–Polus Group, No. 5455, 1996, pp. 1–3.

"Tunable ErbiumFiber Laser", Model ELT–100, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Single–Frequency Erbium Fiber Laser", Model ELD–500BC, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Single–Mode CW Erbium Fiber Laser", Model ELD–5000, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Single–Mode Eribum Fiber Laser", EL–Series, IRE–Polus Group, No. 5455, 1996, pp. 1–3.

"Eye–Safe" Pulsed Erbium Fiber Laser, (Bench–Top Version) Model ELPD–1000R, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Eye–Safe" Pulsed Erbium Laser Module, Model ELPM–500R, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Diode–Pumped Pulsed Erbium Fiber Laser", Model ELPD–100M "Eye–Safe", IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Pulsed Erbium Fiber Laser", Model ELPD–100LF, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Eye–Safe" Pulsed Erbium Fiber Laser, Model ELPD–1000, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

"Pulsed Erbium Fiber Laser", Model ELPD–200HF, IRE–Polus Group, No. 5455, 1996, pp. 1–2.

Alcock et al., "Continuous–wave oscillation of a monomode neodymium–doped fibre laser 0.9 μm on the 4 F 32–4 1 9/2 transition," Optics Communications, 58(6); 405–408 (Jul. 15, 1996).

Alcock et al., "Mode–locking of a neodymium–doped monomode fibre laser," Electronics Letters, 22(5): 268–269 (Feb. 27, 1986).

Alcock et al., "Q–switched operation of a neodymium–doped monomode fibre laser," Electronics Letters, 22(2): 84–85 (Jan. 16, 1986).

Arbore et al., "Frequency doubling of femtosecond erbium–fiber soliton lasers in periodically poled lithium niobate," Optics Letters, 22(1): 13–15 (Jan. 1, 1997).

Berdague et al., "Mode division multiplexing in optical fibers," Applied Optics, 21(11): 1950–1955 (Jun. 1, 1982).

Bergh et al., "All–single–mode fiber–optic gyroscope with long–term stability," Optics Letters, 6(10): 502–504 (Oct. 1981).

Bergh et al., "An overview of fiber–optic gyroscopes," Journal of Lightwave Technology, LT–2(2): 91–107 P103 (Apr. 1984).

Cordova–Plaza, et al., "Low threshold miniature Q–switched Nd:MgO:LINbO3 laser," OSA Annual Meeting: Digest of Technical Papers and Postdeadline Papers FD6 (Oct. 1986).

Dennis et al., "2–W upconversion laser in Tm:ZBLAN fiber," CLEO Technical Digest, 8: 41 (May 9, 1994).

Desthieux et al., "111kW (0.5mJ) pulse amplification at 1.5 m using a gated cascade of three erbium–doped fiber amplifiers" Appl. Phys. Lett., 63(5): 586–588 (Aug. 2, 1993).

Desurvire et al., "Low–threshold synchronously pumped all–fiber ring raman laser," Journal of Lightwave Technology LT–5(1): 89–96 (Jan. 1987).

Digonnet et al., "1.064– and 1.32–um Nd:YAG Single Crystal Fiber Lasers," Journal of Lightwave Technology, LT–4(4): 454–460 (Apr. 1986).

Digonnet et al., "Clad Nd:YAG fibers for laser applications," Journal of Lightwave Technology, LT–5(5): 642–646 (May 1987).

Digonnet, "Passive and Active fiber optic components," Dissertation (Sep. 1983).

Eisenstein et al., "High–power extended–cavity laser at 1.3 μm with a single–mode fiber output port," Appl. Phys. Lett, 50(22): 1567–1568 (Jun. 1, 1987).

Fermann et al., "Fiber–lasers for ultrafast optics," Applied Physics B: Lasers and Optics, B 65(2): 259–275 (Aug. 1997).

Fermann et al., "Frequency doubling of Er–doped multi-mode fiber compressor–amplifiers," CLEO Technical Digest, 6: 189–190 (May 5, 1998).

Fermann et al., "High–power single–mode fiber amplifers using multimode fibers" OFC Technical Digest, 2: 39–40 (Feb. 1998).

Fermann et al., "Ultrawide Tunable Er Soliton Fiber Laser Amplified in Yb–Doped Fiber," Optics Letters, 24 (20): 1428–1430 (Oct. 15, 1999).

Galvanauskas et al., "Fiber–laser–based femtosecond parametric generators and amplifiers," CLEO Technical Digest, 344–345 (May 22, 1997).

Galvanauskas et al., "High–energy high–average–power femtosecond fiber system using a QPM–grating pulse compressor," CLEO Technical Digest, 6: 364 (May 7, 1998).

Gambling et al., "Pulse dispersion for single–mode operation of multimode cladded optical fibres," Electronics Letters, 10 (Mar. 27, 1974).

Gambling, et al., "Mode conversion coefficients in optical fibers," Applied Optics, 14(7): 1538–1542 (Jul. 1975).

Gapontsev et al., "kW peak power, wide–tuneable–repetition–rate and pulse duration eye–safe MOPFA laser," CLEO Technical Digest, 209–210 (May 1996).

Giles et al., "Modeling erbium–doped fiber amplifiers," Journal of Lightwave Technology, 9(2): 271–283 (Feb. 1991).

Gloge, "Optical power flow in multimode fibers," Bell System Technical Journal, 51(8): 1767–1783 (Oct. 1972).

Griebner et al., "Efficient laser operation with nearly diffraction–limited output from a diode–pumped heavily Nd–doped multimode fiber," Optics Letters, 21(4): 266–268 (Feb. 15, 1996).

Haas et al., "A mode–filtering scheme for improvement of the bandwidth–distance product in multimode fiber systems," Journal of Lightwave Technology, 11(7): 1125–1131 (Jul. 1993).

Harter et al., "Alexandrite–laser–pumped Cr 3+:LiSrA1F6," Optics Letters, 17(21): 1512–1514 (Nov. 1, 1992).

ISO 11146–1, "Lasers and laser–related equipment Test methods for laser beam widths, divergence angles and beam propagation ratios—Part 1: Stigmatic and simple astigmatic beams" (2005).

Jauncey et al., "Efficient diode–pumped CW and Q–switched single–mode fibre laser," Electronics Letters, 22(4): 198–199 (Feb. 13, 1986).

Johnston, "M2 concept characterizes beam quality," Laser Focus World, 173–183 (May 1990).

Keck, Spatial and temporal power transfer measurements on a low–loss optical waveguide, Applied Optics, 13(8): 1882–1888 (Aug. 1974).

Koester et al., "Amplification in a fiber laser," Applied Optics, 3(10): 1182–1186 (Oct. 1964).

US 5,818,630 C1

Page 5

Koplow et al., "Single-mode operation of a coiled multimode fiber amplifier," Optics Letters, 25(7): 442-444 (Apr. 1, 2000).

Lee et al., "Simple side coupler for coupling between laser diode and single-mode optical fiber," Applied Optics, 26(12): 2294-2296 (Jun. 15, 1987).

Luther-Davies et al., "Single-mode resonator incorporating an internal multimode optical fiber and a phase-conjugate reflector," Josa B: Optical Physics, 7(7): 1216-1220 (Jul. 1990).

Marcuse, D., Theory of Dielectric Optical Waveguides, Academic Press, Inc., New York and London, pp. 238-239 (1974).

Minelly et al., "Cladding-pumped fiber laser/amplifier system generating 100 µj energy picosecond pulses," CLEO Technical Digest, 475-476 (May 23, 1997).

Morkel et al. "Theoretical modeling of erbium-doped fiber amplifiers with excited-state absorption," Optics Letters, 14(19): 1062-1064 (1989).

Nakano et al., "Partially coherent light generated by using single and multimode optical fibers in a high-power Nd: glass laser system," Applied Physics Letters, 63(5): 580-582 (1993).

Nelson et al., "Efficient frequency doubling of a femtosecond fiber laser," Optics Letters, 21(21): 1759-1761 (Nov. 1996).

Nilsson et al., "Yb 3+-ring-doped fiber for high-energy pulse amplification," Optics Letters, 22(14): 1092-1094 (Jul. 1997).

Nisoli et al., "Generation of high-energy 10-fs pulses by a new pulse compression technique," CLEO Technical Digest, 9: 189-190 (Jun. 1996).

Nykolak et al., "An Erbium-doped Multimode optical fiber amplifier," Photonics Technology Letters, 3(12): 1079-1081 (Dec. 1991).

Olshansky, R., "Distortion losses in cabled optical fibers," Applied Optics, 14(1): 20-21 (Jan. 1975).

Olshansky, R., "Mode coupling effects in graded-index optical fibers," Applied Optics, 14(4): 935-945 (Apr. 1975).

Poole et al., "Fabrication of low-loss optical fibres containing rare-earth ions," Electronics Letters, 21(17): 737-738 (Aug. 1985).

Ripin et al., "High efficiency side-coupling of light into Optical fibers using imbedded V-Groves," Electronics Letters, 31(25): 2204-2205 (1995).

Senior, J. Optical Fiber Communications: Principles and Practices, Prentice/Hall International pp. 41-42, 73-76, 138-144 (1985).

Shaklan, S., "Measurement of Intermodel coupling in weakly multimode fibre optics," Electronics Letters, 26(24): 2022-2024 (Nov. 1990).

Siegman, A.E., "Defining, measuring, and optimizing laser beam quality," SPIE, 1868: 2-12.

Sousa et al., "Multimode Er-doped fiber for single-transverse-mode amplification," Applied Physics Letters, 74(11): 1528-30 (Mar. 1999).

Spielmann et al., "Ultrabroadband femtosecond lasers," IEEE J. Quantum Electronics, 30(4): 1100-1114 (Apr. 1994).

Tajima, "Er3+-Doped single-polarisation optical fibres," Electronics Letters, 26(18): 1498-1499 (Aug. 30, 1990).

Walton et al., "Broad-bandwidth pulse amplification to the 10-J level in an ytterbium-doped germanosilicate fiber," Optics Letters, 21(14): 1061-1063 (Jul. 1996).

Yamada et al., "First-order quasi-phase matched LiNbO3 waveguide periodically poled by applying an external field for efficient blue second-harmonic generation," Appl. Phys. Lett. 62(5): 435-436 (Feb. 1993).

Yang, Lih-Mei, "Generation and Amplification of Ultrashort Pulses in Eribium Neodymium and Thulium Fibers," UMI Dissertation Abstracts (1996).

Yang et al., "Upconversion chirping pulse amplification of ultrashort pulses using a multimode Tm:2BLAN fiber," SPIE, 2377: 148-156 (Jun. 1995).

Encyclopedia of Laser Physics and Technology, http://www.rp-photonics.com/fiber_coupled_diode_lasers.html, accesed Nov. 21, 2007.

Berdague et al., "Mode division multiplexing in optical fibers." Applied Optics. 21(11). 1950-1955 (Jun. 1, 1982).

Desthieux et al., "Generation of 111kW (0.5mJ) Pulses at 1.5mm Using a Gated Cascade of Three Fibre Amplifiers." p.2.13 329-332 (1990).

Desurvire et al., "Design optimization for efficient erbium-doped fiber amplifiers," Journal of Lightwave Technology, 8(11): 1730-1740 (Nov. 1990).

Digonnet et al , "Nd: YAG single crystal fiber lasers," Second European Conference on Integrated Optics (Oct. 1983).

Dominic et al., "110 W fiber laser," *Technical Digest: CLEO*, CPD11-1-CPD11-2 (May 23-28, 1999).

Fermann et al , "Cladding-Pumped Passively Mode-locked femtosecond fiber lasers." CLEO, CFD1: 493-494 (1996).

Fermann et al., "Environmentally stable Kerr-type mode-locked erbium fiber laser producing 360-fs pulses," Optics Letters, 19(1): 43-45 (Jan. 1, 1994).

Fermann et al., "Fiber-lasers for ultrafast optics" Applied Physics B, 63(2): 259-275 (Aug. 1997).

Fermann et al., "Ultrafast pulse sources based on mult-mode optical fibers," Applied Physics B, 70 [Suppl.]: S13-S23 (2000).

Fermann, "Single-mode excitation of multimode fibers with ultrashort pulses," Optics Letters, 23(1): 52-54 (Jan. 1, 1998).

Gambling et al., "Mode Excitation in a multimode optical-fibre waveguide," Electronics Letters. 9(18): 412-414 (Sep. 6, 1973).

Gapontsev et al., "3W saturation power polarisation maintaining 1060 nm ytterbium fiber amplifier," SPIE. 3615: 264-268 (Jan. 1999).

Hofer et al., "Characterization of Ultrashort Pulse Formation in Passively Mode-Locked Fiber Lasers," IEEE J. of Quantum Electronics, 28(3): 720-728 (Mar. 1992).

Imasaka, "Optical Chromatography. A new tool for separation of particles." Analusis Magazine, 26(5): M 53-M 55 (1998).

IPG Manual, Draft Specification: Ytterbium pulsed fiber laser Model YLP—10/400/20/200. IPG Lasers.

Jedrzeewski et al., "Tapered-Beam Expander for Single-Mode Optical-Fiber Gap Devices," Electronics Letters. 22(2): 105-106 (Jan. 1986).

Kaiser, P. & D. Keck, selection from Optical Fiber Telecommunications II, 42-45.

Marsico et al., "Laser Welding of lightweight Structural Steel Panels," ICALEO 444-452 (1993).

Mears et al., "Neodymium-doped silica single-mode fibre lasers." Electronics Letter, 21(17): 738-740 (Aug. 15, 1985).

# US 5,818,630 C1

Page 6

Millar et al., "Single transverse mode operation at 1345 nm wavelength of a diode–laser pumped neodymium–ZBLAN multimode fiber laser," IEEE Photonics Technology Letters, 2(6) 415–417 (Jun. 1990).

Mortimore et al., "Low–Loss Joints between Dissimilar Fibres by Tapering fusion splices," Electronics Letters. 22(6): 316–319 (Mar. 13, 1986).

Nilsson et al., "Modeling and optimization of low–repetition–rate high–energy pulse amplification in cw–pumpsd erbium–doped fiber amplifiers," Optics Letters, 18(24): 2099–2101 (Dec. 15, 1993).

Ober et al., "42–fs pulse generation from a mode–locked fiber laser started with a moving mirror," Optics Letters, 18(5): 367–389 (Mar. 1, 1993).

Ober et al., "Widely tunable femtosecond neodymium fiber laser," Optics Letters, 20(22): 2303–2305 (Nov. 15, 1995).

Offerhaus et al., "High energy single–transverse–mode Q–switched fiber laser based on a multimode large–mode–area erbium–doped fiber," Optics Letters, 23(21): 1683–1685 (Nov. 1, 1998).

O'Neill et al., "High Power High Brightness Industrial Fiber laser Technology," ICALEO (2004).

Opinion rendered for SPI Lasers, Fulbright & Jaworski L.L.P (Mar. 2, 2006).

Overton, "Fiber Laser Forum gets heated," Industrial Laser Solutions.

Poole et al., "Optical Fiber–Based Dispersion Compensation Using Higher Order Modes Near Cutoff," Journal of Lightwave Technology, 12(10): 1746–1758 (Oct. 1994).

Refi et al., "Optical Fibers for Optical Networking," Bell Labs Technical Journal (Lucent Technologies), 246–261 (Jan.–Mar. 1999).

Richardson et al., "Fiber laser systems shine brightly," Laser Focus World, 33(9): 87–96 (Sep. 1997).

Ross, et al., "Optical amplification of 1.06–u in As1–xPx Injection–laser emission," IEEE J. of Quantum Electronics, QE–6(6): 361–366 (Jun. 1970).

Sakaguchi et al., "Power coupling from laser diodes into single–mode fibres with quadrangular pyramid–shaped hemiellipsoidal ends," Electronics Letters, 17(12): 425–426 (Jun. 1981).

Siegman, A.E., "New developments in laser resonators," SPIE, 1224: 2–14 (1990).

Snitzer, "Fibre lasers and dispersion in fibres," First European Electro–Optics Markets Technology Conference, Geneva, Sep. 13–15, 1972, IPC Science and Technology Press: 374–378 (1973).

Snitzer, "Glass Lasers,"Applied Optics, 5(10): 1487–1499 (Oct. 1966).

Snitzer, E., "Proposed fiber cavities for optical masers," JOAP, 32(1): 36–39 (Jan. 1961).

Sorin et al., "Evanescent amplification in a single–mode optical fibre,"Electronics Letters, 19(20): 820–822 (Sep. 1983).

Sorin et al., "Highly selective evanescent modal filter for two–mode optical fibers," Optics Letters, 11(9): 581–583 (Sep. 1986).

Stock et al., "Chirped pulse amplification in an erbium–doped fiber oscillator/erbium–doped fiber amplifier system," Optics Communication. 106: 249–252 (1994).

Stock et al., "Generation of high–power femtosecond optical pulses by chirped pulse amplification in erbium doped fibers," Nonlinear Guided–Wave Phenomena, Technical Digest. 15: PD5–1–PD53 (Sep. 1993).

Stock, "Generation and amplification of Ultrashort pulses in erbium–doped optical fibers," U. of Michigan Dissertation (1994).

Stock et al., "Synchronous mode locking using pump–induced phase modulation," Optics Letters 18(18): 1529–1531 (Sep. 15, 1993).

Stokes et al.,"All–single–mode fiber resonator," Optics Letters, 7(6): 288–290 (Jun. 1982).

Stone et al., "Neodymium–doped silica lasers in end–pumped fiber geometry," Applied Physics Letters. 23(7): 388–389 (Oct. 1973).

Stone et al., "Self–contained LED–Pumped single–crystal Nd: YAG fiber laser," Fiber and Integrated Optics, 2(1): 19–46 (1979).

Strasser et al., "Reflective–mode conversion with UV–induced phase gratings in two–mode fiber," OFC '97 Technical Digest: 348–349 (1997).

Sumida et al., "Lens coupling of laser diodes to single–mode fibers," Journal of Lightwave Technology. LT–2(3): 305–311 (Jun. 1984).

Tamura et al., "Optimization of Filtering in soliton fiber lasers." Photonics Technology Letters, 6(12): 1433–1435 (Dec. 1994).

Taverner et al., "158 µJ pulses from a single–transverse–mode, large–mode–area erbium–doped fiber amplifier," Optics Letters, 22(6): 378–380 (Mar. 1997).

Taverner et al., "Generation of high–energy pulses using a large–mode–area erbium–doped fiber amplifier," CLEO '96 Technical Digest: 496–497 (1996).

Yang et al., "Chirped–pulse amplification of ultrashort pulses using Neodymium– and Erbium–doped fiber amplifiers," Ultrafast Phenomena IX, 197–189 (1994).

Yang et al., "Chirped–pulse amplification of ultrashort pulses with a multimode TM:ZBLAN fiber upconversion amplifier," Optics Letters, 20(9): 1044–1046 (May 1995).

Yang et al., "Upconversion chirping pulse amplification in a multimode Tm:2BLAN fiber and temporally resolved modal analysis," CLEO '95 Techival Digest 6–7 (1995).

Yang et al., "Upconversion Multimode Fiber Amplifier," Ultrafast Pulse 2(2): 1–2 (1995).

Yapp et al., "Hybrid Laser–Arc Pipeline Welding".

YLR—LP Series: 10 to 500W single mode linearly polarized ytterbium fiber lasers, IPG Photonics.

YLR–SM Series: 100kW to 1.5W CW single mode Yb fiber laser systems—Industrial 19 Rack–Mounted Units. IPG Photonics.

Yoda et al., "Beam quality factor of higher order modes in a step–index fiber," Journal of Lightwave Technology, 24(3): 1350–1355 (2006).

Zenteno et al., "Frequency–modulated cavity–dumped Nd–doped fiber laser," Optics Letters, 16(5): 315–317 (Mar. 1, 1991).

Galvanauskas et al.: "Generation of femtosecond optical pulses with nanojoule energy from a diode laser and fiber system," App. Physics Ltrs. 63, (13) p. 1742 1993.

Galvanauskas et al.: "Compact ultrahigh–power laser systems", SPIE vol. 2377, S– 117–126 Apr. 1995.

Lin et al., Colliding–pulse mode–locked lasers using Er–doped fiber and a semiconductor saturable absorber, Hong Lin, CLEO 1995 paper JTuE1.

Mortimore, et al, Low–Loss Joints between Dissimilar Fibres by Tapering Fusion splices, Electronics Letters, vol. 22, No. 6, pp. 316–319, Mar. 13, 1986.

US 5,818,630 C1

Page 7

JPH11-334914-IM-072JP -Office Action translation Dec. 15, 2008.
DE19956739.5-54 72DE Office Action translation Feb. 26, 2009.
DE19961376.8-54 134DE Office Action translation Feb. 6, 2009.
DE19861429.2 IM148DE Office Action Translation Mar. 9, 2009.
International Search Report and Written opinion in PCTUS2008074668 dated Jan. 27, 2009—161PCT.
Alvarez-Chavez et al.; "Mode selection in high power cladding pumped fibre lasers with tapered selection", Conf. on Lasers & Electro-Optics Tech. Digest 1999, paper CWE7.
S. Aramarki et al.; "Revised Phase Diagram for the system $Al_2O_3$–$SiO_2$", J of the American Ceramic Society vol. 45 Is 5 May 1962 p. 229-242.
Y. Beaudoin et al.; "Ultrahigh-contrast Ti:sapphire/Nd:glass terawatt laser system", Optics Letters, vol. 17, Iss. 12, pp. 865– (1992).
A.L.G. Carter et al.; "Flash-condensation technique for the fabrication of high-phosphorus-content rare-earth-doped fibres", Electronics Letters vol. 28, Is 2, pp. 2009-2011 Oct. 8, 1992.
M.L. Dennis et al.; 2–W upconversion laser in TM:ZBLAN fiber, Conf. on Lasers & Electro-Optics CLEO Technical Digest vol. 8, 41, 1994.
M.L. Dennis et al.; "Upconversion-pumped thulium-fiber laser at 810 nm", Optical Fiber Communications Conference OFC '94 Technical Digest WK10, 1994.
J.A. Dobrowolski et al.; "Colored filter glasses: an intercomparison of glasses made by different manufacturer", Applied Optics, vol. 16, Iss. 6, pp. 1491-1512 (1977).
E. M. Erbe et al.; "Properties of $Sm_2O_3$–$Al_2O_3$–$SiO_2$ glasses for in vivo applications", in Journal American Ceramic Society 73 (9), p. 2708, 1990.
M.C. Farries et al. "A Samarium Doped Visible Glass Laser Operating at 651 nm", Electronics Letters, vol. 24, p. 709-711 1988.
M.C. Farries et al. "The Properties of the Samarium Fibre Laser", Fiber Laser Sources and Amplifiers, SPIE 1171, p. 271-278 1989.
M.C. Farries et al. "$Samarium^{3+}$-Doped Glass Laser Operating at 651 nm", Electronics Letters vol. 24, No. 11, May 26, 1988 p. 709-711.
M.C. Farries et al. "Spectroscopic and Lasing Characteristics of Samarium doped Glass Fibre", IEE Proceedings vol. 137, Pt. J. No. 5 Oct. 1990 p. 318-322.
M.C. Farries et al. "Very high-rejection optical fibre filters", Electronics Letters vol. 22, Is 21 pp. 1126-1128 Oct. 9, 1986.
A Fotiadi, "Dynamics of All-Fiber Self-Q-switched Ytterbium/Samarium Laser", CLEO 2007 paper CMC4.
Galvanauskaks, "Mode-Scalable Fiber Based Chirped Pulse Amplification Systems", Selected Topics in Quantum Electronics, IEEE Journal on, vol. 7, Issue: 4, Jul./Aug. 2001 pp. 504-517.
D. Gloge, "Weakly Guiding Fibers", Applied Optics vol. 10, No. 10 Oct. 1971.
J.P. Kohli et al.; "Formation and properties of rare earth aluminosilicate glasses", Kohli J.T., Shelby, J.E. Physics and Chemistry of Glasses 32, Is 3 (Jun.), 67-71, 1991.
J.P. Kohli et al.; "Magneto-optical properties of rare earth alumino-silicate glasses", Kohli J.T., Shelby, J.E. Physics and Chemistry of Glasses 32, Is 3 (Jun.), 109-114, 1991.
J.P. Koplow et al.; "Single-mode operation of a coiled multimode fiber amplifier", Optics Letters vol. 25, p. 422– Apr. 2000.
S-K Liaw et al.; "Passive gain-equalized wide-band erbium-doped fiber amplifier using samarium-doped fiber", Photonics Technology Letters, IEEE, vol. 8, Is. 7 pp. 879-881 Jul. 1996.
Marcuse, D., "Theory of Dielectric Optical Waveguides", Academic Press, Inc 1991, Chapter 2.2; Guided Modes of the Optical Fiber, p. 76-79 (1974).
Mortimore et al, "Low-Loss Joints between Dissimilar Fibres by Tapering Fusion Splices," Electronics Letters, 22(6); 316-319 (Mar. 13, 1986).
HR Müller et al.; "Fibers for high-power lasers and amplifiers", Comptes Rendus Physique, vol. 7, Issue 2, Mar. 2006, pp. 154-162.
R.A. Myers et al.; "Effect of Hydrogen Loading on Temperature electric-Field Polling of $SiO_2$-Based Thin-Films on Si", Electronics Letters vol. 31 Iss. 18 pp. 1604-1606 Published: Aug. 31, 1995.
R.A. Myers et al.; "Stable second-order nonlinearity in $SiO_2$-based waveguides on Si using temperature/electric-field polling", Proceedings of SPIE 2289, 158 (1994).
J. Nilsson et al.; "Modeling and optimization of low-repetition-rate high-energy pulse amplifications in cw-pumped erbium-doped fiber amplifiers", Optics Letters, vol. 18 Iss. 24 p. 2099-2101 (Dec. 1993).
T.B. Norris "Femtoscond pulse amplification at 250 kHz with a Ti:sapphire regenerative amplifier and application to contionuum generation," Optics Letters vol. 17, No. 154, p. 1009, Jul. 1992.
R. Paschotta et al.; "Lifetime quenching in Yb-doped fibres", Optics Communications vol. 136, Apr. 1, 1997 p. 375-378.
H. Po et al.; "Double-clad high brightness Nd fiber laser pumped by GaA/As phased array", Proceedings of Optical Fiber Communication '89, Postdeadline paper PD7, 1989.
Reed et al.; "30-FS Pulses Tunable Across the Visible With a 100-Khz Ti-Sapphire Regenerative Amplifier", Optics Letters vol. 20 Is. 6 pp. 605-607 Published: Mar. 15, 1995.
J-K Rhee et al.; "Chirped-pulse amplification of 85-fs pulses at 250 kHz with third-order dispersion compensation by use of holographic transmission gratings", Optics Letters vol. 19 No. 19, Oct. 1, 1994 p. 1550.
C. Rouyer et al.; "Generation of 50-TW femtosecond pulses in a Ti:sapphire/Nd:glass chain", Optics Letters 18 Iss 3, 214-216 (1993).
U.C. Ryu et al.; "In-line gain control of the erbium doped fiber amplifier using samarium doped inner-cladding in the 1.5 μm region", OSA/ Optical Fiber Communication 2000 paper WA4-1.
A. Saissy et al., "Properties of $Sm^{3+}$ ions in Fluorozirconate fiber", Applied Optics vol. 36 No. 24, p. 5931 Aug. 20 1997 (Sm-fluoro-fiber).
J. Sakai et al.; "Bending loss of propagation modes in arbitrary-index profile optical fibers", Applied Optics 17, 1499-1506 1978.
S7010N Material Safety Data Sheet for, Schott AG, Passive Glasses Laser Cativy Materials.
S7010N Property Sheet, Schott AG, Passive Glasses Laser Cativy Materials.
P. Schultz, "Optical Absorption of the Transition elements in Vitreous Silica", J of the American Ceramic Society vol. 57, Is 7 Jul. 1974, p. 309-313.

B. Shiner et al.; "Fibre sources target automotive industry", Opto & Laser Europe, Jan. 7, 2003 article #16625 optics.org.

O. Svelto, "Principles of Lasers", 4th Edition (Translated by D. C. Hanna), p. 480–483 Springer Science and Business Media, Inc. 1998.

L. Tordella et al.; "High repetition rate passively Q-switched $ND^{3+}:Cr^{4+}$ all-fibre laser", Electronics Letters vol. 39 (2003) pp. 1307–1308.

R.P. Tumminelli et al.; "Integrated-Optic ND-Glass Laser Fabricated by Flame Hydrolysis Deposition Using Chelates", Optics Letters vol. 16 Iss. 14 pp. 1098–1100 Published: Jul. 5, 1991.

R.P. Tumminelli et al.; "Fabrication of High-Concentrated Rare-Earth Doped Optical Fibers Using Chelates", J. of Lightwave Tech. vol. 8 Is 11 p. 1680–1683 Nov. 1990.

K. Wakasugi et al.; "Preparation of Glasses Containing Rare Earth Oxide by $CO_2$ Laser", J. of the Soc. Of Materials Science, Japan, vol. 55, No. 7, pp. 675–678 Jul. 2006 (In Japanese) (abstract).

M.H. Watanabei et al.; "Fabrication of $Yb_2O_3$–$SiO_2$ core fiber by a new process", Proceedings ECOC 1985, (IOO-C–ECOC '85, Venice).

L.M. Yang et al.; "Chirped pulse amplification of ultrashort pulses using neodymium and erbium doped fiber amplifiers," Springer Series in Chemical Physics, Ultrafast Phenomena, IX, printed 1994, pp. 187–189.

H. Zellmer et al.; "Double-Clad Fiber Laser with 30W Output Power," OSA TOPS vol. 16, Optical Amplifiers and Their Applications, 1997, pp. 137–140. paper: FAW18.

H. Zellmer et al.; High-power cw neodymium-doped fiber laser operating at 9.2 W with high beam quality, Optics Letters, vol. 20, No. 6, Mar. 15, 1995, pp. 578–580.

J.E. Townsend, The development of optical fibres doped with rare-earth ions PhD Thesis—Apr. 1990 640T (p. 249–252 are relevant to RE OA Response).

R.P. Tumminelli File History of US07/648726–US05121460.

Non-final Office Action in Ex Parte Reexamination 90/008,971, dated Mar. 30, 2009.

Amendment in Ex Parte Reexamination 90/008,971 under 37 C.F.R. § 1.111, pp. 1–37, with Appendix, Declaration of Dr. Peter C. Schultz and Declaration of Dr. Wayne H. Knox.

* cited by examiner

US 5,818,630 C1

1

# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims 1–49 is confirmed.

New claims **50–64** are added and determined to be patentable.

50. *An optical amplification system according to claim 1, wherein said mode converter comprises an optical fiber spliced to an input of said multimode fiber.*

51. *The optical amplification system according to claim 50, wherein said spliced fiber comprises a single-mode fiber, and wherein the mode of the single mode fiber is matched to the fundamental mode of said multi-mode amplifier.*

52. *An optical amplification system, comprising:*
   *a laser source generating an input beam having a nearly diffraction limited mode;*
   *a multi-mode fiber amplifier, said multi-mode fiber amplifier comprising a bent fiber having a bend radius in the range from about 5 cm to 50 cm;*
   *a mode converter receiving the input beam and converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier, and providing a mode-converted input beam to said multi-mode fiber amplifier; and*
   *a pump source coupled to said multi-mode fiber amplifier, said pump optically pumping said multi-mode fiber amplifier, said multi-mode fiber amplifier providing at an output thereof an amplified beam substantially in the fundamental mode.*

53. *An optical amplification system, comprising:*
   *a laser source generating an input beam having a nearly diffraction limited mode;*
   *a multi-mode fiber amplifier;*
   *a mode converter receiving the input beam and converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier, and providing a mode-converted input beam to said multi-mode fiber amplifier; and*
   *a pump source coupled to said multi-mode fiber amplifier, said pump optically pumping said multi-mode fiber amplifier, said multi-mode fiber amplifier providing at an output thereof an amplified beam substantially in the fundamental mode, and wherein said multi-mode fiber amplifier is configured to substantially eliminate mode coupling during propagation of said mode converted beam in said multi-mode fiber amplifier.*

54. *The optical amplification system according to claim 53, wherein said mode coupling couples less than 6% of the fundamental mode to one or more higher order modes.*

55. *An optical amplification system, comprising:*
   *a laser source generating an input beam having a nearly diffraction limited mode;*

2

   *a multi-mode fiber amplifier;*
   *a mode converter receiving the input beam and converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier, and providing a mode-converted input beam to said multi-mode fiber amplifier;*
   *a pump source coupled to said multi-mode fiber amplifier, said pump optically pumping said multi-mode fiber amplifier, said multi-mode fiber amplifier providing at an output thereof an amplified beam substantially in the fundamental mode; and*
   *a single mode fiber receiving the amplified beam.*

56. *The optical amplification system according to claim 55, wherein a coupling efficiency between said amplifier and said single mode fiber is about 90%.*

57. *The optical amplification system according to claim 55, wherein said multi-mode amplifier is substantially straight.*

58. *The optical amplification system according to claim 55, wherein said amplifier is configured with a sufficient thickness to limit bend induced mode coupling.*

59. *An optical amplification system, comprising:*
   *a laser source generating an input beam having a nearly diffraction limited mode, said laser source comprising a cw fiber laser;*
   *a multi-mode fiber amplifier;*
   *a mode converter receiving the input beam and converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier, and providing a mode-converted input beam to said multi-mode fiber amplifier; and*
   *a pump source coupled to said multi-mode fiber amplifier, said pump optically pumping said multi-mode fiber amplifier, said multi-mode fiber amplifier providing at an output thereof an amplified beam substantially in the fundamental mode.*

60. *The optical amplification system according to claim 59, wherein said cw fiber laser comprises a multi-mode fiber amplifier.*

61. *The optical amplification system according to claim 59, wherein said cw fiber laser comprises an intracavity mode filter.*

62. *The optical amplification system according to claim 59, further comprising at least one pre-amplifier disposed between said laser source and said multi-mode fiber amplifier.*

63. *The optical amplification system according to claim 62, wherein a core radius of said pre-amplifier is smaller than a radius of said multimode fiber amplifier.*

64. *An optical amplification system, comprising:*
   *a laser source generating an input beam having a nearly diffraction limited mode;*
   *a multi-mode fiber amplifier;*
   *a mode converter receiving the input beam and converting the mode of the input beam to match a fundamental mode of the multi-mode fiber amplifier, and providing a mode-converted input beam to said multi-mode fiber amplifier; and*
   *a pump source coupled to said multi-mode fiber amplifier, said pump optically pumping said multi-mode fiber amplifier, said multi-mode fiber amplifier providing at an output thereof an amplified beam substantially in the fundamental mode, and wherein said multi-mode fiber amplifier is configured to provide a nearly diffraction limited output beam.*

\* \* \* \* \*