IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> IPG PHOTONICS CORPORATION, a Delaware corporation, <br><br> Defendant/Counterclaimant. <br><br> AND RELATED COUNTERCLAIMS | Case No.: 2:06-CV-15139 <br><br> Judge: Hon. Arthur J. Tarnow <br><br> Magistrate: Hon. Mona K. Majzoub |

## JURY VERDICT FORM

FILED 2011 OCT -6 P 4: 25 U.S. DIST. COURT CLERK EAST. DIST. MICHIGAN DETROIT

We, the jury, unanimously find as follows:

**I.     Infringement**

*Check "YES" or "NO".*

1. Has IMRA proven by a preponderance of the evidence that IPG's accused products directly infringed Claim 1 of U.S. Patent No. 5,818,630 (the "IMRA patent")?

    YES _____   NO __X__

(Checking "yes" is a finding for IMRA; checking "no" is a finding for IPG.)

*If you answered "YES" to Question 1, please move to Question 2. If you answered "NO" to Question 1, please proceed to the end of the verdict form and sign.*

2. With regard to IPG's accused fiber amplifier products, has IMRA proven by a preponderance of the evidence that IPG contributed to the infringement of Claim 1 of the IMRA patent?

    YES _____   NO _____

(Checking "yes" is a finding for IMRA; checking "no" is a finding for IPG.)

*Please move on to Question 3.*

**II.    Willful Infringement**

*If you answered "YES" to Question 1 alone or "YES" to both Questions 1 and 2, proceed to answer the following Question 3. If not, please proceed to the end of the verdict form and sign.*

3. Has IMRA proven by clear and convincing evidence that IPG's infringement was willful?

    YES _____   NO _____

(Checking "yes" is a finding for IMRA; checking "no" is a finding for IPG.)

*Please move on to Question 4.*

1

### III. Damages

*If you answered "YES" to Question 1 alone or "YES" to both Questions 1 and 2, proceed to answer the following Questions 4 and 5. If not, please proceed to the end of the verdict form and sign.*

4. What lost profits, if any, has IMRA shown by a preponderance of the evidence that it suffered as a result of IPG's past infringement?

   _____ Dollars
   (Words)

   $ _____
   (Numbers)

*Move on to Question 5.*

5. With respect to any past sales for which you do not award lost profits, indicate the reasonable royalty rates and dollar amount to which IMRA is entitled:

   Reasonable royalty rate for accused continuous wave ("cw") products:

   _____%

   Reasonable royalty rate for accused pulsed products:

   _____%

   Reasonable royalty dollar amount:

   _____ Dollars
   (Words)

   $_____
   (Numbers)

### END OF VERDICT FORM.

*Please sign the verdict form.*

s/Jury Foreperson
In Compliance with the Privacy Policy by the Judicial Conference, the verdict form with the original signature has been filed under seal