UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>IPG PHOTONICS CORPORATION, a Delaware corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | C.A. No. 2:06-cv-15139 AJT-MKM<br><br>The Honorable Judge Arthur J. Tarnow<br><br>Magistrate: Hon. Mona K. Majzoub |

**STIPULATED ORDER RE ADMITTED EXHIBITS**

IT IS HEREBY STIPULATED by and between Plaintiff IMRA America, Inc., ("IMRA") and Defendant IPG Photonics Corp. ("IPG") through their respective counsel of record, that the following exhibits were admitted into evidence during trial of the above-captioned case:

| PLAINTIFF IMRA TRIAL EXHIBIT NO. | DEFENDANT IPG TRIAL EXHIBIT NO. |
|---|---|
| PTX-0001 | DTX-1 |
| PTX-0003 | DTX-7 |
| PTX-0004 | DTX-26 |
| PTX-0005 | DTX-28 |
| PTX-0006 | DTX-29 |
| PTX-0008 | DTX-50 |
| PTX-0009 | DTX-66 |
| PTX-0037 | DTX-74 |
| PTX-0051 | DTX-81 |
| PTX-0077 | DTX-135 |
| PTX-0078 | DTX-136 |
| PTX-0116 | DTX-138 |
| PTX-0121 | DTX-139 |
| PTX-0122 | DTX-142 |

| PLAINTIFF IMRA TRIAL EXHIBIT NO. | DEFENDANT IPG TRIAL EXHIBIT NO. |
|---|---|
| PTX-0123 | DTX-178 |
| PTX-0124 | DTX-180 |
| PTX-0127 | DTX-183 |
| PTX-0128 | DTX-357 |
| PTX-0132 | DTX-412 |
| PTX-0135 | DTX-413 |
| PTX-0136 | DTX-467 |
| PTX-0138 | DTX-580 |
| PTX-0139 | DTX-603 |
| PTX-0144 | DTX-613 |
| PTX-0160 | DTX-614 |
| PTX-0161 | DTX-807 |
| PTX-0162 | DTX-810 |
| PTX-0163 | DTX-815 |
| PTX-0164 | DTX-867 |
| PTX-0165 | DTX-898 |
| PTX-0166 | DTX-899 |
| PTX-0167 | DTX-958 |
| PTX-0168 | DTX-1118 |
| PTX-0180 | DTX-1161 |
| PTX-0182 | DTX-1168 |
| PTX-0203 | DTX-1169 |
| PTX-0204 | DTX-1360 |
| PTX-0222 | DTX-1361 |
| PTX-0231 | DTX-1362 |
| PTX-0240 | DTX-1364 |
| PTX-0248 | DTX-1365 |
| PTX-0290 | DTX-1367 |
| PTX-0402 | DTX-1369 |
| PTX-0403 | DTX-1376 |
| PTX-0404 | DTX-1377 |
| PTX-0405 | DTX-1379 |
| PTX-0406 | DTX-1380 |
| PTX-0411 | DTX-1381 |
| PTX-0416 | DTX-1443 |
| PTX-0417 | DTX-1445 |
| PTX-0424 | DTX-1446 |
| PTX-0431 | DTX-1448 |

-3-

| PLAINTIFF IMRA TRIAL EXHIBIT NO. | DEFENDANT IPG TRIAL EXHIBIT NO. |
|---|---|
| PTX-0433 | DTX-1453 |
| PTX-0451 | DTX-1454 |
| PTX-0461 | DTX-1455 |
| PTX-0462 | DTX-1456 |
| PTX-0471 | DTX-1476 |
| PTX-0594 | DTX-1553 |
| PTX-0649 | DTX-1554 |
| PTX-0669 | DPTX-3 |
| PTX-0956 | DPTX-55 |
| PTX-0958 | DPTX-57 |
| PTX-0959 | |
| PTX-0968 | |
| PTX-0971 | |
| PTX-0973 | |
| PTX-1009 | |
| PTX-1021 | |
| PTX-1233 | |
| PTX-1235 | |
| PTX-1255 | |
| PTX-1258 | |
| PTX-1260 | |
| PTX-1262 | |
| PTX-1264 | |

Dated: October 6, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ Edward V. Filardi* | */s/ Kurt L. Glitzenstein* |
| Edward V. Filardi | Frank E. Scherkenbach |
| Douglas R. Nemec | Kurt L. Glitzenstein |
| Stacey L. Cohen | Jack P. Smith, III |
| Mairead Schwab | Michael C. Lynn |
| SKADDEN, ARPS, SLATE, | FISH & RICHARDSON P.C. |
|    MEAGHER & FLOM LLP | One Marina Park Drive |
| Four Times Square | Boston, MA 02210 |
| New York, New York 10036 | (617) 542-5070 |
| (212) 735-3000 | glitzenstein@fr.com |
| | |
| ATTORNEYS FOR PLAINTIFF | Thomas W. Cranmer (P25252) |
| IMRA AMERICA, INC. | MILLER, CANFIELD, PADDOCK & |
| |    STONE, P.L.C. |
| | 840 W. Long Lake Rd., Suite 200 |
| | Troy, MI 48098-6358 |
| | (248) 879-2000 |
| | cranmer@millercanfield.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | IPG PHOTONICS CORPORATION |

**SO ORDERED:**


s/Arthur J. Tarnow
Honorable Arthur J. Tarnow
Senior United States District Judge