UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IMRA AMERICA, INC., a Michigan corporation,

    Plaintiff/Counterclaim Defendant,

v.

IPG PHOTONICS CORPORATION, a Delaware corporation,

    Defendant/Counterclaim Plaintiff.
_____/

Case No.  06-15139

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
MONA K. MAJZOUB

## JUDGMENT

In accordance with the Jury Verdict entered on October 6, 2011,

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED**.

Dated at Detroit, Michigan, this Seventh day of November, 2011.

                        DAVID J. WEAVER
                        CLERK OF THE COURT

                        BY: s/Michael E. Lang
                              Deputy Clerk

Approved:

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR UNITED STATES DISTRICT JUDGE

Dated: November 7, 2011