## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IMRA AMERICA, INC., a Michigan Corporation, | ) ) ) |
| Plaintiff/Counter-defendant, | ) ) Case No.: 2:06-CV-15139 |
| v. | ) ) Judge: Hon. Arthur J. Tarnow |
| IPG PHOTONICS CORPORATION, a Delaware corporation, | ) ) ) Magistrate: Hon. Mona K. Majzoub |
| Defendant/Counter-claimant. | ) ) ) ) ) |

### STIPULATED ORDER RE: COSTS

IT IS HEREBY STIPULATED by and between Plaintiff IMRA America, Inc., ("IMRA") and Defendant IPG Photonics Corp. ("IPG") through their respective counsel of record, that IMRA shall pay IPG three hundred seventy-five thousand dollars ($375,000) by wire transfer on or before December 31, 2012, in full satisfaction of all outstanding costs, notwithstanding the Court's order of December 14, 2012. Neither party will seek reconsideration of the Court's December 14, 2012 order, and neither party will appeal the Court's December 14, 2012 order.

2:06-cv-15139-AJT-MKM   Doc # 313   Filed 12/27/12   Pg 2 of 2   Pg ID 15068

Dated: December 21, 2012

Respectfully Submitted By:

| By: | /s/ Douglas Nemec | By: | /s/ Kurt Glitzenstein |
|---|---|---|---|

    Edward V. Filardi                          Frank E. Scherkenbach
    Douglas R. Nemec                     Kurt L. Glitzenstein
    Stacey L. Cohen                         Jack P. Smith, III
    Mairead Schwab                       Michael C. Lynn
    SKADDEN, ARPS, SLATE,         FISH & RICHARDSON, P.C.
    MEAGHER & FLOM LLP           One Marina Park Drive
    Four Times Square                    Boston, MA 02210
    New York, New York 10036      Telephone: (617) 542-5070
    Telephone: (212) 735-3000       Facsimile: (617) 542-8906
    Facsimile: (212) 735-2000

                                                         Thomas W. Cranmer (P25252)
                                                         MILLER, CANFIELD, PADDOCK
                                                            & STONE, P.L.C.
                                                         840 W. Long Lake Rd., Suite 200
                                                         Troy, MI 48098-6358
                                                         Telephone: (248) 879-2000

    ATTORNEYS FOR PLAINTIFF      ATTORNEYS FOR DEFENDANT
    IMRA AMERICA, INC.              IPG PHOTONICS CORPORATION

                                                         **SO ORDERED:**

                                                         **s/Arthur J. Tarnow**
                                                         Honorable Arthur J. Tarnow
                                                         Senior United States District Judge

Dated: December 27, 2012